Anthony T. Pierce, Esq. DC Bar No. 415263
Tobias E. Zimmerman, Esq. (DC Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Telephone: 202/887-4000

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF COLUMBIA

BLACKSIDE, INC.,
    Plaintiff,

vs.

CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA,
    Defendant(s).

CASE NUMBER: 1:05CV02063
JUDGE: Rosemary M. Collyer
DECK TYPE: General Civil
DATE STAMP: 10/20/2005

## DECLARATION RE DILIGENCE

I, Tony Klein, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entities:

**CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA**

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the state of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I attempted personal service on the following dates and times with the following results:

| **Residence Address:** | **Dates and Times** | **Result** |
|---|---|---|
| 6938 Lockwood Street<br>Oakland, CA | November 7, 2005 @ 6:15 PM | No longer lives there per mother |
| **Business Address:**<br>48 Shattuck Avenue, Ste. 11<br>Berkeley, CA | November 7, 2005 @ 5:00 PM | Unknown there per Mgr. of Copy Central, a business that used to have private mailboxes 4 years ago |
| 2342 Shattuck Avenue, #251<br>Berkeley, CA | November 8, 2005 @ 3:27 PM<br>November 9, 2005 @ 11:50 AM | Not in, per Clerk<br>Not in, sub served |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on November 9, 2005 at San Francisco, California.

Capitol Process Services, Inc.
1827 – 18th St., NW
Washington, DC 20009
800/243-8773

_____
Tony Klein

## DECLARATION RE DILIGENCE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLACKSIDE, INC.

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA

Defendant.

CASE NUMB

CASE NUMBER  1:05CV02063

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 10/20/2005

TO: (Name and address of Defendant)

CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA
2342 Shattuck Avenue
Suite 251
Berkeley, CA 94704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony T. Pierce, D.C. Bar No. 415263
Tobias E. Zimmerman, D.C. Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 2 0 2005
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE November 9, 2005 @ 11:50 AM |
| NAME OF SERVER *(PRINT)*   Tony Klein || TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

                                                                          /mailing address

    G  Left copies thereof at the defendant's ~~dwelling house or~~ usual ~~place of abode~~ with a person of suitable age and discretion then ~~residing~~ therein.
           in charge
    Name of person with whom the summons and complaint were left:    Amanda Hubert, mailing clerk

    G  Returned unexecuted:   11-07-05 According to the defendants mother Mr. Arrington no longer resides at 6938 Lockwood Street, Oakland, CA.  11-07-05 According to the manager of Copy Central located at 48 Shattuck Avenue, Suite 11, Berkeley, CA, Mr. Arrington is unknown here.

    G  Other (specify):   By mailing a copy of the documents to the defendant at 2342 Shattuck Avenue, #251, Berkeley, CA 94704, told to be a mailing address for the defendant at the UPS Store.  The documents were mailed on 11-09-05, first class U.S. Postage prepaid.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 9, 2005          *[signature]*
                    Date                  Signature of Server    Tony Klein

                                            **CAPITOL PROCESS SERVICES**
                                            **1827 18TH STREET, N.W.**
                                            **WASHINGTON, D.C. 20009**
                                  Address of Server
                                            **(202) 667-0050**

(1) Additional documents served:
Notice of Right to Consent to Trial Before a US Magistrate Judge
Initial Electronic Case Filing Order
Blank Attorney/Participant Registration form

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CCP § 415.20 Substituted Service**

(a) In lieu of personal delivery of a copy of the summons and complaint to the person to be served as specified in Section 416.10, 416.20, 416.30, 416.40, or 416.50, a summons may be served by leaving a copy of the summons and complaint during usual office hours in his or her office or, if no physical address is known, at his or her usual mailing address, other than a United States Postal Service post office box, with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. When service is effected by leaving a copy of the summons and complaint at a mailing address, it shall be left with a person at least 18 years of age, who shall be informed of the contents thereof. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

(b) If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, as specified in Section 416.60, 416.70, 416.80, or 416.90, a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

**17538.5 Service at a Commercial Mail Receiving Agency**

(a) It is unlawful in the sale or offering for sale of consumer goods or services for any person conducting, any business in this state which utilizes a post office box address, a private mailbox receiving service, or a street address representing a site used for the receipt or delivery of mail or as a telephone answering service, to fail to disclose the legal name under which business is done and, except as provided in paragraph (2) of subdivision (b), the complete street address from which business is actually conducted in all advertising and promotional materials, including order blanks and forms. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both.

(b) (1) This section shall not apply to a person who sells the preponderance of goods and services at retail from trade premises which are open to the public regularly during normal business hours where the post office box or telephone answering service is supportive of and ancillary to the sales made or to any person who provides services pursuant to a license issued pursuant to this code or any other provision of law by a state board or agency or, except for a person conducting a mail order or catalog business, by a city or county or city and county in this state, which has the person's current business street address or home address on record and which is authorized to reveal that address to inquiring persons. (2) If a person conducts a business described in subdivision (a) from that person's residence, the person is not required to disclose the residence address if both of the following conditions are satisfied: (A) The person's current business street address or home address is contained in a United States Postal Service (USPS) Form 1583 that is filed with the USPS. (B) The person has signed an acknowledgement form substantially in accordance with the provisions set forth in subdivision (f) which, among other things, authorizes the commercial mail receiving agency to act as that person's agent for service of process.

(c) A commercial mail receiving agency (CMRA) shall not provide private mailbox receiving service to any customer until it obtains from that customer at least two pieces of identification regarding that customer and provides to that customer an acknowledgment, as set forth in subdivision (f), which (1) acknowledges the obligation to advise the CMRA of any change in address, (2) authorizes the CMRA to act as an agent for service of process, and (3) acknowledges the requirements of Sections 17200 and 17500, which prohibit unfair competition and false advertising. The commercial mail receiving agency shall thereafter maintain a copy of any United States Postal Service Form 1583 for each mailbox service customer, along with a copy of each of the two pieces of identification used by the customer, for a period of two years after the termination of service to that customer. Upon the request of the Department of Consumer Affairs or any law enforcement agency conducting an investigation, the commercial mail receiving agency shall make available to the Department of Consumer Affairs or that law enforcement agency, for purposes of that investigation and copying, its copy of the United States Postal Service Form 1583 and the two pieces of identification used by the customer.

(d) (1) Every person receiving private mailbox receiving service from a CMRA in this state shall be required to sign an agreement, along with a USPS Form 1583, which authorizes the CMRA owner or operator to act as agent for service of process for the mail receiving service customer. Every CMRA owner or operator shall be required to accept service of process for and on behalf of any of their mail receiving service customers, and for two years after termination of any mail receiving service customer agreement. Upon receipt of any process for any mailbox service customer, the CMRA owner or operator shall (A) within 48 hours after receipt of any process, place a copy of the documents or a notice that the documents were received into the customer's mailbox or other place where the customer usually receives his or her mail, unless the mail receiving service for the customer was previously terminated, and (B) within five days after receipt, send all documents by first-class mail, to the last known home or personal address of the mail receiving service customer. The CMRA shall obtain a certificate of mailing in connection with the mailing of the documents. Service of process upon the mail receiving service customer shall then be deemed perfected 10 days after the date of mailing. If the CMRA owner or operator has complied with the foregoing requirements and provides to any party participating in a lawsuit involving a mail receiving service

customer a declaration of service by mail, given under penalty of perjury along with a certificate of mailing, the CMRA owner or operator shall have no further liability in connection with acting as agent for service of process for its mail receiving service customer. (2) Upon complaint or inquiry concerning any CMRA mail receiving service customer, the CMRA owner or operator shall inform the person making the complaint or inquiry that the CMRA is an authorized agent for service of process on the mail receiving service customer. (3) Upon presentation of a certified copy of a judgment, the CMRA shall disclose to the judgment creditor the last known address of any of its mail receiving service customers against whom the judgment was obtained.

(e) An owner or operator of a CMRA who, acting in good faith, contacts a governmental agency concerning suspected illegal or fraudulent activities carried out by a mail receiving service customer shall have no liability for claims filed by the customer arising out of that contact. No owner or operator of a commercial mail receiving agency that maintains on file a copy of the United States Postal Service Form 1583 for its private mailbox receiving service customers and complies with subdivision (c) shall be liable for any illegal acts of any mail receiving service customer based only on the fact that the owner or operator of the CMRA provided mail receiving services to the customer.

(f) The following acknowledgement and notice, substantially in the form set forth below, shall be delivered to each person obtaining private mailbox receiving service at a CMRA:
"ACKNOWLEDGEMENT BY PRIVATE MAILBOX SERVICE CUSTOMERS This acknowledgement is required by Section 17538.5 of the Business and Professions Code. Any person obtaining private mailbox receiving service in the State of California must read and acknowledge receipt of the following statement, which is to be kept on file at this CMRA and will be made available, upon demand, to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. By requesting and obtaining use of a private mailbox receiving service in the State of California, I acknowledge that: 1. I am obligated to disclose my actual home address or place of residence on a USPS Form 1583 or other form as may later be developed and I further agree that I will provide prompt written notice to this CMRA of any subsequent change in my home address or place of residence. 2. By signing below, I irrevocably authorize this CMRA to act as my agent for service of process to receive any legal documents that may be served upon me. This authorization shall continue from the date of this agreement until two years after my mail receiving service has been terminated. I understand that this CMRA will (A) place a copy of the documents or a notice that the documents were received into my mailbox or other place where I usually receive my mail, unless my mail receiving service has been terminated, and (B) send all documents by first-class mail to the home or other address last known to the CMRA. 3. I further acknowledge that I understand that use of a private mailbox receiving service for commercial purposes in the State of California requires the user to comply with all applicable laws, including Section 17538.5 of the Business and Professions Code and laws prohibiting unfair competition and false advertising as set forth in Sections 17200 and 17500 of the Business and Professions Code. Violation of these laws may result in criminal or civil penalties or both. I understand that the United States Postal Service Form 1583 that must be prepared for each private mailbox receiving service customer shall be delivered to the local United States Post Office and a copy of the form must be retained by this CMRA and made available upon demand to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. I hereby agree to accept and abide by the foregoing requirements. _____
_____ Date Signature _____ Name Printed _____ Street Address _____ City State Zip"