IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA<br><br>Defendant. | Case No. 05-2063 |

### DECLARATION OF ANTHONY T. PIERCE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT

COMES NOW, Anthony T. Pierce, and declares as follows:

1. I am an attorney of record for the Plaintiff, Blackside Inc., in the above-entitled case.

2. No appearance has been entered by the Defendant to this action, nor has any pleading, motion or other document been filed and/or served upon the Plaintiff, me, or my law firm. I have not been contacted by Defendant, or any attorney or other person claiming to represent Defendant. To the best of my knowledge, no other person at my law firm, nor any other person affiliated with the Plaintiff, has been contacted by the Defendant or any representative of the Defendant.

3. In the time between November 9, 2005, when the Defendant was served with the Complaint in this action, and the filing of the accompanying Motion for Default, a series of identical infringing sales were carried out through eBay under terms that were designed to close the transactions quickly. Because these sales closed quickly (often

within less than an hour), I was unable to block the consummation of those transactions through eBay's normal process for Verified Rights Owners.

4.  My law firm purchased one of the DVD sets that was offered on eBay in the period after Defendant was served. The DVDs received through this sale resemble the DVDs described in the Complaint in every way. The physical similarities and other facts surrounding that sale give me good cause to believe that this series of sales was conducted by Defendant in an effort to unload his current stock of infringing products following his receipt of notice of this lawsuit.

I hereby declare under the penalty of perjury that the foregoing is true to the best of my information, knowledge and belief.

Signed this 20th day of January 2006 at Washington, D.C.

Anthony T. Pierce, D.C. Bar No. 415263
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C. 20036
202.887.4000
202.887.4288 fax

intellectual property, and ordering Defendant or his agents to immediately turn custody and control of the "eyesontheprize.info" domain over to Plaintiff.

Dated: January 20, 2006.

Respectfully submitted,

By: _____
Anthony T. Pierce, D.C. Bar No. 415263
Tobias E. Zimmerman, D.C. Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C. 20036
202.887.4000
202.887.4288 fax

---

evidence of Defendant's conduct should be considered with respect to Plaintiff's request for injunctive and punitive relief.