IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>Plaintiff,<br><br>　　　v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>Defendant. | Case No. 05-2063 |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors Civil
Relief Act of 1940, As Amended in 1942 & 1960 Title 50,
Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this sixth day of February, 2006 that I am an attorney of record for the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies, including retaining a professional process service company and private investigator, and conducting searches in online commercial databases, and that as a result of said investigation, **I am unable to determine whether or not said defendant** is in the military service of the United States or its Allies, that is to say whether said defendant is a member of the Army of the United States, the United States

Navy, the Marine Corps, the Coast Guard or is an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, or whether said defendant is on active duty with any branches aforesaid, or whether said defendant is under training or education under the supervision of the United States preliminary to induction into the military services; nor whether the defendant is serving with the forces of any nation with which the United States is allied in the prosecution of any war, or if said defendant has been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, or if the defendant is a member of the Enlisted Reserve Corps ordered to report for military service.

Signed this 6th day of January 2006 at Washington, D.C.

                                         Tobias E. Zimmerman, D.C. Bar No. 475202
                                         AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
                                         1333 New Hampshire Ave, N.W.
                                         Washington, D.C.  20036
                                         202.887.4000
                                         202.887.4288 fax