UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLACKSIGHT, INC., )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CHAD S. ARRINGTON, )<br>    d/b/a PRIMARY SOURCE )<br>    and/or PRIME MEDIA, )<br> )<br>    Defendant. )<br> ) | Civil Action No. 05-2063 (RMC) |

**BLACKSIDE, INC.,**

      **Plaintiff,**

      v.                        Civil Action No. 05-2063 (RMC)

**CHAD S. ARRINGTON,**
      d/b/a PRIMARY SOURCE
      and/or PRIME MEDIA,

      **Defendant.**

## ORDER TO SHOW CAUSE

      Plaintiff filed a complaint in this matter on October 20, 2005. The record reflects that Defendant Chad S. Arrington was served with a summons and copy of the complaint on November 9, 2005. Upon Plaintiff's motion under Federal Rule of Civil Procedure 55(a), the clerk entered default as to Defendant on February 7, 2006. There has been no activity in this matter since.

      Accordingly, it is hereby

      **ORDERED** that, on or before **May 3, 2006**, Defendant shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

      **SO ORDERED**.

Date: April 12, 2006                                                  /s/
                                                                     ROSEMARY M. COLLYER
                                                                     United States District Judge