UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACKSIDE, INC.,**  )<br>  )<br>   Plaintiff,   )<br>  )<br> v.   )<br>  )<br>**CHAD S. ARRINGTON,**  )<br>   d/b/a PRIMARY SOURCE   )<br>   and/or PRIME MEDIA,   )<br>  )<br>   Defendant.   )<br>  ) | Civil Action No. 05-2063 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on October 20, 2005. The record reflects that Defendant Chad S. Arrington was served with a summons and copy of the complaint on November 9, 2005. Upon Plaintiff's motion under Federal Rule of Civil Procedure 55(a), the clerk entered default as to Defendant on February 7, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before **May 4, 2006**, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: April 13, 2006                                                /s/
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge