**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACKSIDE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHAD S. ARRINGTON, d/b/a PRIMARYSOURCE and/or PRIME MEDIA<br><br>Defendant. | Case No. 05-2063 |

**DECLARATION OF JUDI HAMPTON**

COMES NOW, Judi Hampton, and declares as follows:

1. I am the President of Blackside Incorporated, the Plaintiff in this lawsuit. Blackside is a for-profit Massachusetts corporation.

2. Blackside produced the fourteen-part television series *Eyes on the Prize I & II*, and owns the copyrights to each episode of those series. The *Eyes* series were distributed through PBS Home Video on VHS format. At various times PBS, Blackside and/or their licensed distributors offered the *Eyes* films for sale in at least the following formats: (a) individual video tapes of each of the fourteen episodes of the *Eyes* series; (b) six-volume sets of Episodes 1-6 (*Eyes I*); (c) eight-volume sets of Episodes 7-14 (*Eyes II*); (d) a seven-volume set containing all fourteen episodes (two per tape); and (e) a fourteen-volume commemorative edition containing all fourteen episodes. There were also several “educational” and “teacher’s aid” versions, condensed versions, and other derivative versions of the individual episodes and the two series.

3.      The *Eyes* films are well known, and continue to generate significant mention in the press, and interest on the internet.  There are regular sales of used VHS copies of the *Eyes* series on eBay and through other websites.  Used copies of single episodes and complete sets of the *Eyes* series now sell for several times their retail value when new.  For example, a single VHS tape containing episode 3 ("Ain't Scared of Your Jails") was recently offered on eBay for $74.88.  *See* Exhibit A hereto (eBay item 9117685751).  A set of the six individual tapes comprising the first series (*Eyes I*) was offered for $399.00.  *See* Exhibit B hereto (eBay item 9123478578).  A copy of the seven-volume complete series was offered for $499.00.  *See* Exhibit C hereto (eBay item 9124746293).  Used sets of the series are routinely offered through Amazon.com at prices ranging as high as $2000.00 for the seven-volume set.  *See* Exhibit D hereto (Amazon listings printed April 12, 2006).

4.      For the past several years Blackside has been working with several third-parties to bring the *Eyes* series back to PBS.  In order to rebroadcast the series on public television, it has been necessary to relicense a great deal of third-party content that is included in the films for which the original licenses have expired.  Over $850,000 has been raised and spent in connection with the effort to obtain licenses to this material covering both a broadcast on public television, and a VHS and DVD release to the educational/non-commercial distribution market (*i.e.*, schools, libraries, etc.).  That money has mainly gone to pay the third-party license fees, but has also covered labor and expenses relating to the multi-year effort.

5.      Blackside has not fully analyzed how much it would charge for a license to commercially distribute the *Eyes* series on DVD, but I am sure that any such license, even for a limited duration, would command well in excess of $1 million.  Blackside would only sell such a

license to a partner that was capable of packaging the films in a professional manner commensurate with Blackside's expectations and reputation.

I declare, under penalty of perjury, that the foregoing is true to the best of my information, knowledge, and belief.

Signed this 14 day of April 2006 at Cambridge, Massachusetts.

Judi Hampton

# DECLARATION OF JUDI HAMPTON

# EXHIBIT A

Listed in category: DVDs & Movies > VHS

## NEW - Eyes on the Prize:Aint Scared of Jail

Item number: 9117685751

As of Apr-12-06 16:30:27 PDT

Buy It Now price: **US $74.88**

Shipping cost: **US $3.00** Standard Flat Rate Shipping Service

Ships to: Worldwide

Item location: Portland, OR, United States

Seller: myfairygodmother ( 513 ) Power Seller

Store: **Fairy Godmothers**

Feedback: **513 (99.2% positive)**

Member: since Dec-11-00 in United States

### Shipping, payment details and return policy

| Shipping Cost | Services Available | Available to |
|---|---|---|
| US $3.00 | Standard Flat Rate Shipping Service | United States only |
| US $5.00 | Expedited Flat Rate Shipping Service | United States only |
| US $7.00 | Standard Int'l Flat Rate Shipping | Worldwide |
| US $9.00 | Expedited Int'l Flat Rate Shipping | Worldwide |

Will ship to Worldwide.

**Save on shipping - buy additional items now from this seller's other listings!**

**Shipping insurance**
Not offered

**Seller's payment instructions**
Canadian Shipping: (Books - Surface) - $7.00 / $2.00 each extra (Books - Airmail) - $11.00 / $2.00 each extra (CD/DVD/VHS/Other - Surface) $5.00 / $2.00 each extra (CD/DVD/VHS/Other - Airmail) $8.00 / $2.00 each extra Payment by paypal preferred, checks and money orders can be sent to: Fairy Godmother's 3020 NE 102nd Ave Portland, OR 97220

### Payment methods accepted

This seller, myfairygodmother, **prefers PayPal**.

- 

- Personal check
- Money order/Cashiers check

### Description (revised)

## Eyes on the Prize - Ain't Scared of Your Jail (1960-1961)

*Item Specifics - VHS*

eBay: NEW - Eyes on the Prize:Aint Scared of Jail (item 9117685751 end time Apr-20-06 06:26:04 PDT) Page 2 of 2

| | | | |
|---|---|---|---|
| Format: | **VHS** | Rating: | **NR** |
| Format: | **--** | Release Date: | **Oct 15, 1992** |
| Genre: | **Documentary** | UPC: | **075051425232** |
| Sub-Genre: | **--** | Condition: | **New** |

Stock Photo

Portions of this page Copyright 1981 - 2006 Muze Inc. muze All rights reserved.

Additional information

**Condition**: New!
**Details:** BRAND NEW, sealed.
(Item #JVHS0159|0)

FILLZ

Additional Information about Eyes on the Prize - Ain't Scared of Your Jail (1960-1961)

Portions of this page Copyright 1981 - 2006 Muze Inc. muze All rights reserved.

**Movie description**

As the movement's front lines moved from the courts to confrontations in daily life, college students led the way. This video follows the effort to integrate society beyond the campus. When blacks and whites rode buses together as freedom riders, the violence that erupted turned America's attention to civil rights as never before.

The seller, myfairygodmother, assumes full responsibility for the content of this listing and the item offered.

PBS HOME VIDEO
Eyes On The Prize
AMERICA'S CIVIL RIGHTS YEARS

Stock Photo

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com | Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

http://cgi.ebay.com/NEW-Eyes-on-the-Prize-Aint-Scared-of-Jail_W0QQitemZ9117685751QQcategoryZ... 4/12/2006

# DECLARATION OF JUDI HAMPTON

# EXHIBIT B



**Printer Version: All** | Summary

Listed in category: DVDs & Movies > VHS

## EYES ON THE PRIZE PBS DOCUMENTARY ALL 6 VOLUMES

Item number: 9123478578

As of Apr-12-06 16:35:20 PDT

Buy It Now price: **US $399.99**

No payments for 3 months - Apply now

Shipping cost: **US $12.99**
US Postal Service Priority Mail®

Ships to: United States

Item location: Ohio, United States

End time: **Apr-16-06 23:13:56 PDT** (4 days 6 hours)

History: 2 Offers

Seller: isis0376 ( 2159 ) Power Seller

Feedback: **2159 (100% positive)**

Member: since Feb-15-04 in United States

### Shipping, payment details and return policy

| Shipping Cost | Services Available | Service Transit Time | Available to |
|---|---|---|---|
| US $12.99 | US Postal Service Priority Mail® | Estimated delivery 2-3 days | United States only |

Will ship to United States.

**Shipping insurance**
Not offered

**Seller's payment instructions**
I take PayPal, money orders, cashier's checks, and personal checks (allow at least a week for personal checks to clear). I prefer PayPal. Thanks!

### Payment methods

- PayPal (MasterCard, VISA, AM
- Personal check
- Money order/Cashie
- Other - See Payme payment methods a

### Description (revised)

*Item Specifics - VHS*

| | | | |
|---|---|---|---|
| Format: | **NTSC (US, Canada)** | Rating: | **NR** |
| Genre: | **Documentary** | Condition: | **Used** |
| Sub-Genre: | **History** | | |

This auction is for the ultra-rare and out of print ***Eyes on the Prize*** documentary. It contains all six volumes of the original landmark PBS documentary of the civil rights movement. This is the first edition that was released by PBS Home Video in 1992, and it is extremely hard to find. They include:

- AWAKENINGS (1954-1956) - From grass-roots protests to Supreme Court victories, this video tells the stories that launched the modern fight for civil rights. It takes us through the days when "Separate but Equal" was the legal basis for segregation and inequality. The murder of Emmett Till, the courage of Rosa Parks and the introduction of Dr. Martin Luther King Jr. are also covered.

- FIGHTING BACK (1957-1962) - In the years that followed the first victories of the civil rights movement, many would try to stop the tide of change, using local laws and state troops to block integration. From the schoolhouse to the White House, the confrontation between state and federal governments marked an escalation from which there was no turning back.

- AIN'T SCARED OF YOUR JAILS (1960-1961) - As the movement's front lines moved from the courts to confrontations in daily life, college students led the way. This video follows the effort to integrate society beyond the campus. When blacks and whites rode buses together as freedom riders, the violence that erupted turned America's attention to civil rights as never before.

- MISSISSIPPI: IS THIS AMERICA? (1962-1964) - Central to the civil rights movement was the fight for the right to vote. This video chronicles the voting rights efforts of activists like the NAACP's Medgar Evers, and the pivotal Freedom Summer of 1964. And it captures the signs of hope - support from the White House and the signing of the Civil Rights Bill - that planted the seeds of political reform.

- NO EASY WALK (1961-1963) - Why had nonviolent protest worked in some places and not others? This video pursues this question in places where children were being chased by police dogs and knocked to the ground with blasts from fire hoses. It captures a time when many people chose sides in the struggle and paid the highest price.

- BRIDGE TO FREEDOM (1965) - After ten years of effort, what had changed? From Selma to Montgomery, this program captures some of the movement's most crucial protests, and follows the fight for voting rights to the highest corridors of power. Climaxing with the signing of the voting rights act, the program celebrates the promise that the movement made famous: "We Shall Overcome."

I purchased these at an estate auction recently. Volumes 1, 2, 4, 5, and 6 are guaranteed factory original videos, in excellent condition, with their original cardboard boxes fully intact and uncut. I can't make any claims about Volume 3, because there is no box for it and it does not have a lable on the cassette. I watched it, it is definitely Volume 3 ("Ain't Scared of Your Jails"), and it plays fine. Each volume is about an hour long. The pics here are of the actual videos for sale (NOT stock or copied pics). As always, I will make sure that all my sales are handled as professionally and pleasantly as possible. I'll answer any questions I can. Good luck in your bidding. I accept PayPal, money orders, cashier's checks, and personal checks (please allow at least a week for personal checks to clear). Winning bidder is to add $12.99 for shipping and handling, through US Postal Service Priority Mail with insurance and tracking number included. Thanks for looking!

---

**Select a picture**

 





FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com | Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

# DECLARATION OF JUDI HAMPTON

# EXHIBIT C



Listed in category: DVDs & Movies > VHS

# Eyes on the Prize set (Civil Rights documentary) New!

Item number: 9124746293

As of Apr-12-06 16:37:12 PDT

Starting bid: **US $499.99**
No payments for 3 months - Apply now

Shipping cost: **US $15.00**
US Postal Service Media Mail™
Ships to: Worldwide
Item location: SHOPPING LAND, United States

End time: **Apr-17-06 16:16:50 PDT** (4 days 23 hours)
History: 0 bids

Seller: ciadrul ( 3229 )
Feedback: **3229 (99.6% positive)**
Member: since May-01-01 in United States

## Shipping, payment details and return policy

| Shipping Cost | Services Available | Service Transit Time | Available to |
|---|---|---|---|
| US $15.00 | US Postal Service Media Mail™ | Estimated delivery 2-9 days | United States only |
| US $35.00 | US Postal Service Priority Mail® | Estimated delivery 2-3 days | United States only |

Will ship to Worldwide.

**Shipping insurance**
US $1.50 Optional

**Seller's payment instructions**
Prefer Paypal, but will also accept check or money order if desired. Thanks!

## Payment methods

This seller, ciadrul,

- PayPal
- Other - See Payme
payment methods a

## Description

*Item Specifics - VHS*

Format: **NTSC (US, Canada)**
Genre: **Documentary**
Sub-Genre: **History**
Rating: **PG**
Condition: **New**

This auction is for a sealed copy of the EYES ON THE PRIZE documentary series that was broadcast on PBS. I found this at a

swapmeet and already had a copy myself. The tapes have the following titles on them: Vol. 1 – Awakenings (1954-1956) and Fighting Back (1957-1962) Vol. 2 – Ain't Scared of Your Jails (1960-61) and No Easy Walk (1961-1963) Vol. 3 – Mississippi: Is This America? (1962-1964) and Bridge To Freedom (1965) Vol. 4 – The Time Has Come (1964-1966) and Two Societies (1965-1968) Vol. 5 – Power! (1966-1968) and The Promised Land (1967-1968) Vol. 6 – Ain't Gonna Shuffle No More (1964-1972) and A Nation of Law? (1968-1971) Vol. 7 – The Keys to The Kingdom (1974-1980) and Back To The Movement (1979-1985) Shipping is $15.00 for media mail. If you are overseas, please contact me.

---

00028
FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com | Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

# DECLARATION OF JUDI HAMPTON

# EXHIBIT D

amazon.com Your Store | Video | See All 32 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Genres | Top Sellers | New & Future Releases | Kids & Family | Movie Showtimes | Today's Deals

Search VHS GO Find Gifts A9 Web Search GO

# Eyes on the Prize / Documentary (1986)

**Starring:** James Bevel, Julian Bond **Director:** Henry Hampton **Rating** NOT RATED

(17 customer reviews)

| Condition | Low Price |
|---|---|
| New: | $999.67 |
| Used: | $799.27 |
| Collectible: | $1,499.00 |

Have one to sell? Sell yours here

‹ Return to product information

**All** **New** (2 from $999.67) **Used** (5 from $799.27) **Collectible** (3 from $1,499.00)

**Buying from Amazon Marketplace Sellers is easy.** How does this work?

**Always pay through Amazon.com's Shopping Cart or 1-Click.** Learn more about Safe Online Shopping.

## Used (1 to 5 of 5)

| Price | Condition | Seller/Rating | Offer Details | Ready to buy? |
|---|---|---|---|---|
| $799.27 LOW PRICE | **Used - Like New** **Comments:** IN MINT CONDITION all 14 episodes / 7 videos ORIGINAL TEACHER'S SET amazing civil rights documentary A MUST HAVE!! | **Seller:** simplyswift **Rating:** **100% positive ratings** over the past twelve months (11 ratings). Seller has 11 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from CA, United States • International shipping available • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |
| $799.50 | **Used - Like New** **Comments:** official PBS release, not the bootlegs | **Seller:** fade_to_delerium **Rating:** **98% positive ratings** over the past twelve months (376 ratings). Seller has 948 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from NY, United States • Expedited shipping available • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |
| $1,299.90 | **Used - Like New** **Comments:** official PBS release | **Seller:** fade_to_delerium **Rating:** **98% positive ratings** over the past twelve months (376 ratings). Seller has 948 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from NY, United States • Expedited shipping available • International shipping available • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |
| $1,299.99 | **Used - Good** **Comments:** Previous rental item, minor shelf wear, 7 volumes/14 episodes | **Seller:** hollywoodexpressvideo **Rating:** **99% positive ratings** over the past twelve months (205 | • **Usually ships within 1 - 2 business days.** • Ships from MA, United States • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. |

| | | | | |
|---|---|---|---|---|
| | (2 per tape) with original art for each, some store markings present | ratings). Seller has 205 lifetime ratings. | | Safe buying guarantee. |
| $1,490.00 | **Used - Like New** **Comments:** 6 Rare official PBS studio release, not the bootleg copies | **Seller:** fade_to_delerium **Rating:** 98% positive ratings over the past twelve months (376 ratings). Seller has 948 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from NY, United States • Expedited shipping available • International shipping available • See shipping rates |  **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |

## New (1 to 2 of 2)

| Price | Condition | Seller/Rating | Offer Details | Ready to buy? |
|---|---|---|---|---|
| $999.67 | **New** **Comments:** BRAND NEW ALL 14 EPISODES ON 7 VIDEOS AMAZING SERIES BUY IT NOW!! | **Seller:** simplyswift **Rating:** 100% positive ratings over the past twelve months (11 ratings). Seller has 11 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from CA, United States • International shipping available • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |
| $1,999.98 | **New** **Comments:** Brand New! Factory Sealed Boxed Set: EYES ON THE PRIZE (The Complete 14 Episode Documentary, 7 VHS Boxed Set Includes the Complete EYES ON THE PRIZE I and EYES ON THE PRIZE II). Extremely Rare PBS/Tu... more | **Seller:** worldmusiccds **Rating:** 100% positive ratings over the past twelve months (601 ratings). Seller has 1477 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from PA, United States • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |

## Collectible (1 to 3 of 3)

| Price | Condition | Seller/Rating | Offer Details | Ready to buy? |
|---|---|---|---|---|
| $1,499.00 | **Collectible - Like New** **Comments:** Genuine PBS, gift quality! Complete set of 7 individually shrinkwrapped in their original slipsleeves (as pictured above), shrinkwrapped inside original outer box. Ships immediately, insured. Feedback... more | **Seller:** outofprintvideo **Rating:** 100% positive ratings over the past twelve months (6 ratings). Seller has 6 lifetime ratings. | • **Usually ships within 1 - 2 business days.** • Ships from WA, United States • Expedited shipping available • International shipping available • See shipping rates | Add to Cart **or** Sign in to turn on 1-Click ordering. Safe buying guarantee. |
| $1,499.90 | **Collectible - Like New** | **Seller:** pawprintbooks | • **Usually ships within 1 - 2 business days.** |  **or** |

| | | | | |
|---|---|---|---|---|
| | **Comments:** Gorgeous and complete. The complete 7 tape, 14 episode boxed set in beautiful condition. Rare!!!!!!!!!!!!!! | **Rating:** 93% positive ratings over the past twelve months (444 ratings). Seller has 1191 lifetime ratings. | • Ships from NJ, United States<br>• Expedited shipping available<br>• International shipping available<br>• See shipping rates | Sign in to turn on 1-Click ordering.<br><br>Safe buying guarantee. |
| $1,499.99 | **Collectible - Very Good**<br><br>**Comments:** The complete 14 VHS tape set in the original VHS tape boxes in very nice condition. A great set. Rare!!!!!!!!!! | **Seller:** pawprintbooks<br><br>**Rating:** 93% positive ratings over the past twelve months (444 ratings). Seller has 1191 lifetime ratings. | • **Usually ships within 1 - 2 business days.**<br>• Ships from NJ, United States<br>• Expedited shipping available<br>• International shipping available<br>• See shipping rates | <br>**or**<br>Sign in to turn on 1-Click ordering.<br><br>Safe buying guarantee. |

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

**Search**  **for** 

## Your Recent History
Learn more

**Recently Viewed Categories**

• Amazon.com

**Recent Searches**

• eyes on the prize

**Visit the Page You Made**

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Room | Careers

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates