**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLACKSIDE, INC.

      Plaintiff,

      v.

CHAD S. ARRINGTON, d/b/a
PRIMARYSOURCE and/or
PRIME MEDIA

      Defendant.

Case No. 05-2063

<u>**DECLARATION OF SARAH E. BOLEN**</u>

COMES NOW, Sarah E. Bolen, and declares as follows:

1.      I am a paralegal with the law firm Akin Gump Strauss Hauer & Feld, LLP, attorneys of record for the Plaintiff, Blackside, Inc., in the above entitled case.

2.      Starting on or about November 11, 2005, a series of identical auction/sales were posted on the eBay auction site by a user named "arivas27" offering DVD copies of the *Eyes on the Prize I & II* television series.  *See* Exhibits A to G hereto.  These "auctions" were opened at a starting bid of $100.00, but offered potential buyers the ability to "Buy It Now" for $125.00.  *See* Exhs. A to G.  These auctions closed very quickly, typically in a matter of hours; at least five of these auctions were commenced and closed between Friday, November 11 and Tuesday, November 15, 2005.  *See* Exhs. A to E.

3.      On November 15, 2005, I created an account on eBay under the username "sebolencds."  Using that account, I entered a bid for $125.00 on eBay Item Number 6453185490, described as "EYES ON THE PRIZE COMPLETE 14 SERIES SET – THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS", and offered by "arivas27."  *See* Exhibit G

hereto.  My offer was accepted, and I was directed to the PayPal web payment service through which I directed payment for $125.00 plus $6.00 shipping and handling ($131.00 total) to "arivas27@yahoo.com."  *See* Exhibits H and I hereto.

4.      On or about December 1, 2005, I received a DVD copy of the *Eyes on the Prize I & II* series via United States Postal Service at my office in the District of Columbia, with a return address of:

> ADA RIVAS
> EBAY PURCHASE
> 3301 TELEGRAPH AVE
> OAKLAND CA 94609

*See* Exhibit J hereto.  The packaging, labels and other characteristics of the DVDs received from "Ada Rivas" are identical to those previously purchased from Defendant Chad Arrington through the transaction described in the Complaint filed by the Plaintiff in this lawsuit.  *Compare* Exhibit K hereto (packaging of the DVD I received on December 15, 2005) *with* Exhibit L hereto (packaging of the DVD received in June 2005 as described in the Complaint).

5.      According to "Google Maps" the return address on the package I received is approximately 3.3 miles (6 minutes) away from 2342 Shattuck Avenue, Berkeley California.  *See* Exhibit M hereto.

I declare, under penalty of perjury, that the foregoing is true to the best of my information, knowledge, and belief.

Signed this 13th day of April 2006 at Washington, D.C.

_____
Sarah E. Bolen

2

# DECLARATION OF SARAH E. BOLEN

# EXHIBIT A

Printer Version: All | Summary



Listed in category: DVDs & Movies > DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET
**THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS**

Item number: 6451778741



| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |

| | |
|---|---|
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |

| | |
|---|---|
| Ended: | Nov-11-05 20:36:52 PST |
| History: | 1 bid |
| Buyer: | mac3jimmy ( 0 ) |

| | |
|---|---|
| Seller: | arivas27 ( 1 ) |
| Feedback: | 1 (100% positive) |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

### Payment methods accepte



**Shipping Cost**
US $6.00

**Services Available**
US Postal Service Priority Mail®

**Available to**
United States Only

Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days    Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description (revised)

*Item Specifics - DVDs*

| | | |
|---|---|---|
| Region Code: **--** | Rating: | **NR** |
| Genre: **Documentary** | Display Format: **Full Screen** |
| Sub-Genre: **History** | Condition: **--** |

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965
**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965
**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965
**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965
**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965
**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965
**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985
**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985
**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985
**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985
**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985
**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985
**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985
**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads






FREE Counters and Services from Andale

## Questions from other members

Question & Answer                                                                    Answered On

**Q:** Hello, Are these copies, or are they authentic original DVD's? Thanks, GC          Nov-11-05

  **A:** Hello GC! These dvds were aquired from a closing library inventory.

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



.
eBay official time

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT B

Printer Version: **All** | Summary



Listed in category: DVDs & Movies  >  DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET

**THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS**

Item number: 6452177600

| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |

| | |
|---|---|
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |

| | |
|---|---|
| Ended: | Nov-12-05 23:22:11 PST |
| History: | 1 bid |
| Buyer: | doctordave2004  ( 27 ⭐ ) |

| | |
|---|---|
| Seller: | arivas27  ( 1 ) |
| Feedback: | **1 (100% positive)** |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

**Payment methods accepted**



**Shipping Cost**
US $6.00

**Services Available**
US Postal Service Priority Mail®

**Available to**
United States Only

Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
 Item must be returned within: 7 Days     Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

| | |
|---|---|
| Region Code: **--** | Rating:            **NR** |
| Genre:       **Documentary** | Display Format: **Full Screen** |
| Sub-Genre:   **History** | Condition:          **--** |

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965
**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965
**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965
**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965
**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965
**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965
**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985
**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985
**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985
**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985
**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985
**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985
**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985
**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads



FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



.
eBay official time

# DECLARATION OF SARAH E. BOLEN

# EXHIBIT C

Printer Version: All | Summary



Listed in category: DVDs & Movies  >  DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET
### THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS

Item number: 6452476437

 

| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |

| | |
|---|---|
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |

| | |
|---|---|
| Ended: | Nov-14-05 09:20:18 PST |
| History: | 1 bid |
| Buyer: | jubileeschool  ( 1 ) |

| | |
|---|---|
| Seller: | arivas27  ( 1 ) |
| Feedback: | **1 (100% positive)** |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

**Payment methods accepte**

**Shipping Cost**
US $6.00

**Services Available**
US Postal Service Priority Mail®

**Available to**
United States Only



Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days       Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

Region Code: **--**                          Rating:          **NR**
Genre:       **Documentary**                 Display Format: **Full Screen**
Sub-Genre:   **History**                     Condition:       **--**

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965

**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965

**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965

**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965

**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965

**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965

**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985

**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985

**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985

**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985

**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985

**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985

**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985

**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads



**00022**
FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



.
eBay official time

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT D

**Printer Version: All** | Summary



Listed in category: DVDs & Movies  >  DVD

# EYES ON THE PRIZE COMPLETE 14 SERIES SET

### THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS

Item number: 6452972027

| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |

| | |
|---|---|
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |

| | |
|---|---|
| Ended: | Nov-15-05 09:16:52 PST |
| History: | 1 bid |
| Buyer: | jpaulgetto  ( 1 ) |

| | |
|---|---|
| Seller: | arivas27  ( 1 ) |
| Feedback: | **1 (100% positive)** |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

**Payment methods accepte**



**Shipping Cost**
US $6.00

**Services Available**
US Postal Service Priority Mail®

**Available to**
United States Only

Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days

Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

| | | | |
|---|---|---|---|
| Region Code: **--** | | Rating: | **NR** |
| Genre: | **Documentary** | Display Format: | **Full Screen** |
| Sub-Genre: | **History** | <span style="color:purple">Condition</span>: | **--** |

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965

**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965

**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965

**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965

**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965

**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965

**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985

**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985

**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985

**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985

**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985

**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985

**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985

**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads



00009

FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores |
Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the
property of their respective owners. Use of this Web site constitutes acceptance of the eBay User
Agreement and Privacy Policy.



.
eBay official time

# DECLARATION OF SARAH E. BOLEN

# EXHIBIT E

**Printer Version: All** | <u>Summary</u>



Listed in category: DVDs & Movies > DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET
**THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS**

Item number: 6453091994

| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |
| Ended: | Nov-15-05 13:31:41 PST |
| History: | 1 bid |
| Buyer: | glorytogod4ever  ( 24 ⭐ ) |
| Seller: | arivas27  ( 1 ) |
| Feedback: | 1 (100% positive) |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

**Payment methods accepted**



**Shipping Cost**
US $6.00

**Services Available**
US Postal Service Priority Mail®

**Available to**
United States Only

Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days      Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

| | | | |
|---|---|---|---|
| Region Code: **--** | | Rating: | **NR** |
| Genre: | **Documentary** | Display Format: | **Full Screen** |
| Sub-Genre: | **History** | *Condition*: | **--** |

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965
**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965
**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965
**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965
**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965
**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965
**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985
**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985
**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985
**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985
**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985
**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985
**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985
**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads





FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores |
Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the
property of their respective owners. Use of this Web site constitutes acceptance of the eBay User
Agreement and Privacy Policy.

.
eBay official time

# DECLARATION OF SARAH E. BOLEN

# EXHIBIT F

Printer Version: **All** | Summary



Listed in category: DVDs & Movies > DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET
**THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS**

Item number: 6453217501

Starting bid: **US $100.00**

≡Buy It Now price: **US $125.00**

Shipping cost: US $5.00 - US Postal Service First Class Mail®
(within United States )

Ships to: Worldwide

Item location: Oakland, CA, United States

Time left: **6 days 7 hours**
7-day listing, Ends Nov-22-05 15:50:38 PST

History: 0 bids

Seller: **arivas27** ( **1** )

Feedback: **1 (100% positive)**

Member: since Sep-13-05 in United States

---

## Shipping, payment details and return policy

Payment methods accepte

| **Shipping Cost** | **Services Available** | **Available to** |
|---|---|---|
| US $5.00 | US Postal Service First Class Mail® | United States Only |



Will ship to Worldwide.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days    Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS
RECIEVED YOUR ORDER WILL BE SENT USPS 1st CLASS MAIL
WITHIN 5-7 DAYS. THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

Region Code: **--**          Rating:          **NR**
Genre:        **Documentary**     Display Format: **Full Screen**
Sub-Genre:    **History**        Condition:       **--**

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**


**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965
**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965
**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965
**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965
**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965
**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965
**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985
**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985
**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985
**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985
**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985
**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985
**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985
**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads

Case 1:05-cv-02063-RMC       Document 10-3       Filed 04/14/2006       Page 26 of 45



FREE Counters and Services from Andale

## Questions from other members

| Question & Answer | Answered On |
| --- | --- |
| **Q:** VERY INTERESTED!!! Are these DVDs used? | Nov-16-05 |
| **A:** yes it is not new. | |

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores |
Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



.

eBay official time

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT G

Printer Version: All | Summary



Listed in category: DVDs & Movies > DVD

## EYES ON THE PRIZE COMPLETE 14 SERIES SET
### THIS IS THE ENTIRE 14 PROGRAM SERIES ON 7 DVDS

Item number: 6453185490

| | |
|---|---|
| Sold for: | **US $125.00** |
| | Auction ended early with Buy It Now. |

| | |
|---|---|
| Shipping cost: | US $6.00 - US Postal Service Priority Mail® (within United States ) |
| Ships to: | United States, Canada |
| Item location: | Oakland, CA, United States |

| | |
|---|---|
| Ended: | Nov-15-05 14:10:01 PST |
| History: | 1 bid |
| Buyer: | sebolencds ( 0 ) 👤 |

| | |
|---|---|
| Seller: | arivas27 ( 1 ) |
| Feedback: | **1 (100% positive)** |
| Member: | since Sep-13-05 in United States |

## Shipping, payment details and return policy

**Payment methods accepte**

| **Shipping Cost** | **Services Available** | **Available to** |
|---|---|---|
| US $6.00 | US Postal Service Priority Mail® | United States Only |




Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's return policy:**
Item must be returned within: 7 Days     Refund will be given as: Exchange

**Seller's payment instructions**
I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION!

## Description

*Item Specifics - DVDs*

Region Code: **--**                                    Rating:          **NR**
Genre:          **Documentary**                  Display Format: **Full Screen**
Sub-Genre:  **History**                             Condition:      **--**

**THIS IS THE ENTIRE 14 EPISODE SERIES ON 7 DVDS.**

**ALL DVDS ARE IN PERFECT CONDITION, AND ARE REGION FREE.**

**THE VOLUMES FOR THE ENTIRE SERIES ARE AS FOLLOWS:**

**Volume 1**- Awakenings (1954-1956) America's Civil Rights Years 1954 to 1965
**Volume 2** - Fighting Back (1957-1962) America's Civil Rights Years 1954 to 1965
**Volume 3** - Ain't Scared of Your Jails (1960-1961) America's Civil Rights Years 1954 to 1965
**Volume 4** - No Easy Walk (1961-1963) America's Civil Rights Years 1954 to 1965
**Volume 5** - Mississippi: Is This America? (1962-1964 America's Civil Rights Years 1954 to 1965
**Volume 6** - Bridge to Freedom (1965) America's Civil Rights Years 1954 to 1965
**Volume 7** - The Time Has Come (1964-1966) America at the Racial Crossroads 1965 to 1985
**Volume 8** - Two Societies (1965-1968) America at the Racial Crossroads 1965-1985
**Volume 9** - Power! (1966-1968) America at the Racial Crossroads 1965-1985
**Volume 10** - The Promised Land (1967-1968) America at the Racial Crossroads 1965-1985
**Volume 11** - Ain't Gonna Shuffle No More (1964-1972) America at the Racial Crossroads 1965-1985
**Volume 12** - A Nation of Law? (1968-1971) America at the Racial Crossroads 1965-1985
**Volume 13** - The Keys to the Kingdom (1974-1980) America at the Racial Crossroads 1965-1985
**Volume 14** - Back to the Movement (1979-mid 1980's) America at the Racial Crossroads

Case 1:05-cv-02063-RMC      Document 10-3      Filed 04/14/2006      Page 30 of 45



FREE Counters and Services from Andale

---

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores |
Rent.com | Shopping.com
Australia | Austria | Belgium | China | France | Germany | India | Italy | Spain | United Kingdom

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the
property of their respective owners. Use of this Web site constitutes acceptance of the eBay User
Agreement and Privacy Policy.



.
eBay official time

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT H

| | |
|---|---|
| **From:** | eBay [endofitem@ebay.com] |
| **Sent:** | Tuesday, November 15, 2005 5:10 PM |
| **To:** | Bolen, Sarah |
| **Subject:** | You Won eBay Item: EYES ON THE PRIZE COMPLETE 14 SERIES SET ( 6453185490) |

 **eBay sent this message to Sarah Bolen (sebolencds).**
Your registered name is included to show this message originated from eBay. <u>Learn more</u>.

# Congratulations, the item is yours. Please pay now!

Dear sebolencds,
Congratulations! You committed to buy the following items:

 **EYES ON THE PRIZE COMPLETE 14 SERIES SET**

| | | |
|---|---|---|
| Sale price: | $125.00 | |
| Quantity: | 1 | |
| Subtotal: | US $125.00 | |
| Shipping & Handling: | US Postal Service Priority Mail: | US $6.00 |
| Insurance: | (not offered) | |
| Sales tax: | (none) | |

<u>View item</u> | <u>Go to My eBay</u>

**Get Your Item**

[Pay Now]

*Click to confirm shipping, get total price and arrange payment.*

---

**Details for Item number: 6453185490**

| | |
|---|---|
| Item URL: | http://cm.ebay.com/cm/ck/1065-29392-2357-0?<br>uid=258311114&site=0&ver=EOIBSA080805&lk=URL&Item=6453185490 |
| Sale Date: | Tuesday, Nov 15, 2005, 14:10:01 PST |
| Seller: | arivas27 (arivas27@yahoo.com) [contact seller] |
| Payment details: | I ACCEPT PAYPAL PAYMENTS. ONCE YOUR PAYMENT IS RECIEVED YOUR ORDER WILL BE SENT USPS PRIORITY MAIL WITHIN 5 DAYS. I WILL ALSO SEND YOU A USPS TRACKING NUMBER SO THAT YOU CAN MONITOR THE DELIVERY OF YOUR PURCHASE! THANK YOU FOR LOOKING AT MY AUCTION! |

**Seller Information**
PATRICIA Rivas
Oakland, CA 94609 United States

**Your registered address** [update]

Sarah Bolen
1333 New Hampshire Ave NW
Washington, DC 20036 United States

---

**More from this seller**

 <u>EYES ON THE PRIZE COMPLETE 14 SERIES SET</u>
US $100.00 US $125.00=*Buy It Now*

<u>View seller's other items</u>

---

 **Marketplace Safety Tip**

- Pay with PayPal – PayPal is the fast, easy and secure way to pay on eBay.

- Protect yourself from spoof (fake) emails and Web sites. Take the Spoof Tutorial to learn about eBay Toolbar with Account Guard which warns you when you are on a known spoof site.

**For more safe buying tips, please visit the Security Center [http://pages.ebay.com/securitycenter/buying_safely.html]**

---

Learn how you can protect yourself from spoof (fake) emails at:
http://pages.ebay.com/education/spooftutorial

This eBay notice was sent to sebolen@akingump.com from eBay. Your account is registered on www.ebay.com. As outlined in our User Agreement, eBay will send you required notifications about the site and your transactions. If you would like to receive this email in text format, change your notification preferences.

See our Privacy Policy and User Agreement if you have questions about eBay's communication policies.
Privacy Policy: http://pages.ebay.com/help/policies/privacy-policy.html
User Agreement: http://pages.ebay.com/help/policies/user-agreement.html

Copyright © 2005 eBay, Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
eBay and the eBay logo are registered trademarks or trademarks of eBay, Inc.
eBay is located at 2145 Hamilton Avenue, San Jose, CA 95125.

1/15/2005

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT I



## Receipt

| | | | | |
|---|---|---|---|---|
| **Ship To:** | Sarah Bolen | **Seller Information:** | arivas27 | |
| | 1333 New Hampshire Ave NW | | arivas27@yahoo.com | |
| | Washington, DC 20036 | | | |
| | United States | | | |

**Receipt ID:** 0109-8359-9210-3340    Placed on Nov. 15, 2005

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 6453185490 | EYES ON THE PRIZE COMPLETE 14 SERIES SET | 1 | $125.00 USD | $125.00 USD |

|  | |
|---|---|
| Shipping & Handling (includes any seller handling fees) : | $6.00 USD |
| Shipping Insurance (not offered): | -- |
| **Total:** | **$131.00 USD** |

# DECLARATION OF SARAH E. BOLEN

# EXHIBIT J



Route
**upper**
Delivery Point
**1135 S**
BOLEN, Sarah E.          12/01/05
2-5258 AKIN_GUMP         15:33:35
PO#
Sdr EBAY
42020036910103855574956308

W101004P51

UNITED STATES POSTAL SERVICE

U.S. POSTAGE
PAID
OAKLAND,CA
94609
NOV 28, 05
AMOUNT
**$3.85**
0000    20036    0008?312-06

ATES
VICE    **Click-N-Ship®**

**P**    U.S. POSTAGE
REQUIRED

**USPS PRIORITY MAIL®**

ADA RIVAS
EBAY PURCHASE
3301 TELEGRAPH AVE
OAKLAND CA 94609

SHIP
TO:    SARAH BOLEN
1333 NEW HAMPSHIRE AVE NW
WASHINGTON DC 20036-1511

**ZIP - e/ USPS DELIVERY CONFIRMATION™**

420 20036 9101 0385 5574 9563 0830 73

Electronic Rate Approved #038555749

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE TM

# DECLARATION OF
# SARAH E. BOLEN

# EXHIBIT K

 **PBS DVD VIDEO**  

## EPISODE INDEX

AWAKENINGS (1954-1956)
FIGHTING BACK (1957-1962)
AINT SCARED OF YOUR JAILS (1960-1961)
NO EASY WALK (1962-1963)
MISSISSIPPI: IS THIS AMERICA? (1962-1964)
BRIDGE TO FREEDOM (1965)
THE TIME HAS COME (1964-1965)
TWO SOCIETIES (1965-1968)
POWER! 1967-68)
THE PROMISED LAND (1967-68)
AIN'T GONNA SHUFFLE NO MORE (1964-72)
A NATION OF LAW (1968-71)
THE KEYS TO THE KINGDOM (1974-80)
BACK TO THE MOVEMENT (1979-MID1980'S)



# EYES ON THE PRIZE
### America's Civil Rights Years



*"SHOULDN'T BE MISSED"*
-THE LOS ANGELES TIMES

DOCUMENTARY
ENGLISH
COLOR & B&W
APPROX 14 HRS.



 **PG**

**EYES ON THE PRIZE PART 1 & 2**

# THE COMPLETE SERIES

# PART ONE & TWO

 DVD
VIDEO

 DVD
VIDEO



# DECLARATION OF SARAH E. BOLEN

# EXHIBIT L

 **PBS DVD VIDEO**         **PBS DVD VIDEO**

## EPISODE INDEX

AWAKENINGS (1954-1956)
FIGHTING BACK (1957-1962)
AINT SCARED OF YOUR JAILS (1960-1961)
NO EASY WALK (1962-1963)
MISSISSIPPI: IS THIS AMERICA? (1962-1964)
BRIDGE TO FREEDOM (1965)
THE TIME HAS COME (1964-1965)
TWO SOCIETIES (1965-1968)
POWER! 1967-68)
THE PROMISED LAND (1967-68)
AIN'T GONNA SHUFFLE NO MORE (1964-72)
A NATION OF LAW (1968-71)
THE KEYS TO THE KINGDOM (1974-80)
BACK TO THE MOVEMENT (1979-MID1980'S)

 **EYES ON THE PRIZE**
America's Civil Rights Years



**EYES ON THE PRIZE PART 1 & 2**



"SHOULDN'T BE MISSED"
-THE LOS ANGELES TIMES

DOCUMENTARY
ENGLISH
COLOR & B&W
APPROX 14 HRS.



9 315842 000929

**PG**

 **DVD** VIDEO

## THE COMPLETE SERIES

## PART ONE & TWO

 **DVD** VIDEO



# DECLARATION OF SARAH E. BOLEN

# EXHIBIT M

Start address: **3100 Telegraph Ave, Oakland, CA 94609**

End address:   **2342 Shattuck Ave**
**Berkeley, CA 94704**

Distance:   **3.3 mi (about 6 mins)**



| 1. | Head **north** from **Telegraph Ave** - go **1.0 mi** |
|---|---|
| 2. | Turn **left** at **46th St** - go **111 ft** |
| 3. | Turn **right** at **Shattuck Ave** - go **2.3 mi** |

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2005 NAVTEQ™, Tele Atlas