IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>     Plaintiff,<br><br>     v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>     Defendant. | Case No. 05-2063 |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Blackside, Inc. ("Blackside") hereby responds to the Court's April 13, 2006 Order to Show Cause [dkt. no. 9] directing Plaintiff to show cause why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute. On April 14, 2006, Plaintiff filed its Motion for Default Judgment [10], requesting that default judgment be entered against Defendant Chad Arrington.

The clerk entered default as to Defendant Arrington on February 7, 2006 for failure to answer the Complaint or otherwise plead in this action. Subsequent to that date, Plaintiff further investigated the Defendant's ongoing infringement of Plaintiff's copyrights, in an attempt to trace Defendant's whereabouts, and to ascertain his connection with eBay user "arivas27" who conducted numerous auctions/sales of illegal copies of Plaintiff's works that were identical to the copy that Plaintiff first obtained and which formed the basis of Plaintiff's complaint. *See* Declaration of Sara E. Bolen, filed April 14, 2006. Plaintiff also continued to investigate Defendant's infringing website, www.eyesontheprize.net, and was in communication with PBS regarding complaints received by PBS affiliate WGBH Boston regarding a viewer who was deceived by Defendant's website. During the period between February 7 and April 13, Plaintiff

also discovered and researched a previous lawsuit in which the Defendant was found guilty of copyright infringement to determine the applicability of the conduct there to this case. *See Infotext, Inc. v. Chad Arrington, et. al.*, No. 97-1506-L(LSP), slip op. (S.D. Cal. Nov. 1, 2001) (Memorandum Decision and Order of Default Judgment And Damages After Ninth Circuit Remand); *see also Infotext, Inc. v. Liberty Financial Credit*, No. 98-55649, 2000 U.S. App. LEXIS 31183, Copy L. Rep. (CCH) ¶ 28,197 (9th Cir. Dec. 4 2000) (unpublished).

Plaintiff to put off filing its Motion for Default Judgment while it was investigating so as to present the Court with the best possible evidence of the scope of Defendant's infringing conduct, and the basis for Plaintiff's request for maximum statutory damages. At the time the April 13, 2006 Order to Show Cause was entered, Plaintiff was in the process of preparing its Motion for Default Judgment for filing. Thus, while Plaintiff delayed filing its motion, it did not mean for that delay to indicate a lack of prosecution or intention to abandon its claims against the Defendant.

For the foregoing reasons, Plaintiff respectfully requests that this action not be dismissed for failure to prosecute.

Dated April 19, 2006          Respectfully submitted

By: _____
Anthony T. Pierce, D.C. Bar No. 415263
Tobias E. Zimmerman, D.C. Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C.  20036
202.887.4000
202.887.4288 fax