**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BLACKSIDE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHAD S. ARRINGTON,**<br>**d/b/a PRIMARY SOURCE**<br>**and/or PRIME MEDIA,**<br><br>**Defendant.** | **Civil Action No. 05-2063 (RMC)** |

**ORDER TO SHOW CAUSE**

Before the Court is Plaintiff's Motion for Entry of Default Judgment, filed on April 14, 2006. Plaintiff's Complaint was filed on October 20, 2005. As it appears that Defendant Chad S. Arrington, d/b/a Primary Source and/or Prime Media, has not filed a responsive pleading or motion in the time prescribed by Federal Rule of Civil Procedure 12, it is hereby

**ORDERED** that, no later than July 5, 2006, Defendant shall **SHOW CAUSE** why Plaintiff's Motion should not be granted and judgment by default should not be entered against Defendant. Failure to respond to this Order may result in entry of judgment by default against Defendant.

**SO ORDERED**.

Date: June 5, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge

Copies to:

Chad S. Arrington
d/b/a Primary Source and/or Prime Media
6938 Lockwood Street
Oakland, CA 94621

Chad S. Arrington
d/b/a Primary Source and/or Prime Media
2342 Shattuck Avenue #251
Berkeley, CA 94704