IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>  Defendant. | Case No. 05-2063 |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**<u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>**

  Plaintiff Blackside, Inc. ("Blackside") submits this supplemental memorandum for the purpose of bringing new factual information to the Court's attention. This information is relevant to Plaintiff's Motion for Default Judgment, filed April 14, 2006.[1]

  Attached hereto as Exhibit "1" is a copy of an online complaint form filled out with the Better Business Bureau ("BBB") in Oakland California. The filing party, Dan Burnett, states in the complaint that he attempted to order a copy of the "Eyes on the Prize" series on DVD from the defendant's website on June 12, 2006, but that the DVDs were never delivered, despite his credit card being charged. Also attached, as Exhibit "2", is an electronic mail message from Mr. Burnett to Daphne B. Noyes, an employee of WGBH Boston, the PBS affiliate most closely associated with "Eyes on the Prize."

  From this information, it is readily apparent that Defendant continues to operate his website, and continues to commit various forms of fraud, even after being placed on notice by

this Court. The Defendant's conduct is being associated with Plaintiff's name and copyrighted works. Plaintiff only became aware of this specific instance because Mr. Burnett communicated his frustration to the PBS affiliate. It is quite likely that numerous other consumers have been defrauded in a similar manner, but who either never complained, or whose complaints have not come to Plaintiff's attention.

For this reason, Plaintiff reiterates its request for the maximum statutory damages, as set forth in its Motion For Default Judgment.

Dated July 13, 2006            Respectfully submitted

By: _____
Anthony T. Pierce, D.C. Bar No. 415263
Tobias E. Zimmerman, D.C. Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C. 20036
202.887.4000
202.887.4288 fax

---

[1] The Court issued an Order to Show Cause on June 5, 2006, ordering Defendant Chad Arrington to show cause, no later than July 5, 2006, why Plaintiffs' motion should not be granted. Plaintiff is not aware of any response from the Defendant as of July 12.

# EXHIBIT 1

**Thank you for using the Better Business Bureau's Online Complaint System.**
Your complaint has been assigned case # 57079213.
Correspondence regarding this complaint will be emailed to : burnett1750@aol.com
Please print a copy of this for your records.

Filed on : June 29 2006

Filed by :
**Dan Burnett**
**175 Berkeley Way**
**DallasDallas GA 30157**

Filed against :
**Primary Source**
**2342 Shattuck Ave Suite #251**
**BerkeleyBerkeley CA 94704**

**Complaint Description:**
Website indicates they have DVD copies of the PBS series "Eyes on the Prize". Site gives the impression they are associated with the Libray Archive "Primary Source". That group has no knowledge of this site or commercial exercise. Money Order address is a box number at a UPS store in Berkeley, Ca. Phone number goes to a "full mailbox" recording. Credit card orders go through PayPal to "csaprimary@msn.com". No responses received to emails to the "csaprimary@msn.com" address. BBB has no record of this URL. I used the PayPal option, 0480-9890-9705-2818 ordr number, on June 12th to order a set of DVD's at a cost of $64.25. I cannot get any updates to my order. I have filed a police report, CASE #0632156, with Officer Roland, badge number #38, with the Berkeley Police Department. I have also filed a complaint with PayPal and notified my credit card company not to pay the charge. I beleive this is a bogus company cashing in on the PBS series name.

**Your Desired Resolution:**
Barred form doing business and possible criminal charges.

This case will be reviewed by a complaint specialist at the Better Business Bureau, and then forwarded to the business for their response. It is our policy to allow the business 10 working days to respond to your complaint. You will be notified when the business has responded.

What would you like to do next?
**View the status of your complaint**
**Return to the BBB Homepage  BBB Privacy Policy**

# EXHIBIT 2

Daphne - Below is the response I received back on my Better Business Bureau complaint. And attached is the actual complaint. I talked to the Berkeley police department, but so far the Fraud division has not been given the case. Officer Roland was suppose to go by the UPS store and get the name of the owner of the mailbox.

I have talking to Mark Lyons, Primary Source in MA, 617-923-9933 ext 19, about how this bogus company had used "Primary Source" as their business title. His group was not happy about that either.

That's all I have for now.


Dan Burnett


Thank you for contacting the Better Business Bureau (BBB) regarding your complaint.

The complaint was received by the BBB on July 6, 2006 and has been assigned case# **57079213** in our files. Please make a note of this number.

Your complaint has been applied to the following business:
**EPrimarySource.com**
2342 Shattuck Avenue # 251
Berkeley, CA 94704

The case has been reviewed by one of our Dispute Resolution Specialists and has now been forwarded to the business for their response. Should you hear directly from the company and the complaint is resolved, please notify us immediately.

To view the ongoing status of this case, we encourage you to visit the following site on the Internet by clicking here.

Thank you for using the services of the BBB!

Sincerely,
Better Business Bureau
Dispute Resolutions