IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>Defendant. | Case No. 05-2063 |

### [~~PROPOSED~~] ORDER

It appearing that the above-named Defendant has failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ninth day of November, 2005, an Entry of Default was entered in this action on February 7, 2006, and Defendant herein is in default. As a result of Arrington's default in this matter, and for the reasons set forth herein, and in Plaintiff's Motion For Entry of Default Judgment the Court finds that Plaintiff's Motion for Entry of Default Judgment should be granted.

The Court finds that Defendant Chad S. Arrington has violated 17 U.S.C. § 501 on twenty-eight (28) separate occasions as described in Plaintiff's Motion, and is liable to Plaintiff for $2,100,000.00 in statutory damages for that infringement, pursuant to 17 U.S.C. § 504(c) with pre- and post-judgment interest. The Court further finds it appropriate to award Plaintiff's costs and attorney's fees, pursuant to 17 U.S.C. § 505.

It is therefore **ORDERED** this 15th day of November, 2006 that Plaintiff's Motion For Entry of Default Judgment be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the Clerk shall enter **JUDGMENT** against Defendant Chad S. Arrington in the amount of $2,100,000.00, with interest; and it is also

**ORDERED** that Defendant shall be liable for Plaintiff's costs and reasonable attorney's fees incurred in bringing this action, and that Plaintiff shall submit to the Court an accounting of such fees and costs within thirty (30) days after the date of this Order; and it is also

**ORDERED** that Defendant be and hereby is **ENJOINED** from further infringement of any of Plaintiff's copyrighted or trademarked works; and it is also

**ORDERED** that Defendant be and hereby is **ENJOINED** from further use of the "eyesontheprize.info" Internet domain; and it is further

**ORDERED** that Defendant immediately surrender custody and control of the "eyesontheprize.info" Internet domain to Plaintiff, and that Defendant take all actions necessary and proper with the relevant entities and authorities to transfer registration of that domain to Plaintiff; and it is finally

**ORDERED** that Register.com or any other person, entity or corporation acting as an agent of Defendant, or on Defendant's behalf with respect to the Internet domain "eyesontheprize.info" shall immediately take all steps necessary to transfer registration and control of that Internet domain to Plaintiff to hold on such terms and for such duration as Defendant is entitled to hold the registration and control of said domain.

*[signature]*
Hon. Rosemary M. Collyer
United States District Court Judge

15 November 2006
6:17 pm EST