IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKSIDE, INC.<br><br>   Plaintiff,<br><br>v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>   Defendant. | Case No. 05-2063 |

## DECLARATION OF ANTHONY T. PIERCE
## IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES

Anthony T. Pierce, a member in good standing of the bar of this Court, declares as follows pursuant to Local Civil Rule 5.1(h):

1.   I am a partner at Akin Gump Strauss Hauer & Feld, LLP ("the firm"), and am lead counsel representing Plaintiff Blackside, Inc. in this matter.

2.   The attached document accurately summarizes professional time and expenses actually expended by the firm in furtherance of its representation of Blackside in this matter. This information was extracted from the firm's accounting system, and was reviewed and further adjusted to reflect only time expended in regard to this case. This document is a business record of the firm that was created in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on December 20, 2006 at Washington, D.C.

_____
Anthony T. Pierce

**Professional Time**

| Date | Tkpr | TKPR Name | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. |
|---|---|---|---|---|---|---|---|---|
| 4/6/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 4/6/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 |
| 4/7/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.8 | $388.00 | 100% | 0.8 | $388.00 |
| 5/3/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2.6 | $845.00 | 100% | 2.6 | $845.00 |
| 5/3/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 |
| 5/5/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.4 | $130.00 | 100% | 0.4 | $130.00 |
| 5/9/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 |
| 6/7/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.6 | $195.00 | 100% | 0.6 | $195.00 |
| 6/23/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2.1 | $682.50 | 100% | 2.1 | $682.50 |
| 6/24/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 |
| 6/24/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 6/27/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 |
| 6/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 |
| 6/28/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 6.1 | $1,677.50 | 100% | 6.1 | $1,677.50 |
| 6/28/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 0.4 | $56.00 | 100% | 0.4 | $56.00 |
| 6/29/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 8.5 | $2,337.50 | 100% | 8.5 | $2,337.50 |
| 6/29/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.1 | $357.50 | 50% | 0.6 | $195.00 |
| 6/29/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 2 | $280.00 | 100% | 2.0 | $280.00 |
| 6/30/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 5.1 | $1,402.50 | 100% | 5.1 | $1,402.50 |
| 6/30/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.2 | $65.00 | 100% | 0.2 | $65.00 |
| 6/30/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 4.1 | $574.00 | 100% | 4.1 | $574.00 |
| 7/1/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 0.8 | $220.00 | 100% | 0.8 | $220.00 |
| 7/1/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 4.3 | $602.00 | 100% | 4.3 | $602.00 |
| 7/5/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 |
| 7/5/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 2.9 | $406.00 | 100% | 2.9 | $406.00 |
| 7/6/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 2.4 | $660.00 | 100% | 2.4 | $660.00 |
| 7/6/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 1.8 | $873.00 | 100% | 1.8 | $873.00 |
| 7/6/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 7 | $980.00 | 100% | 7.0 | $980.00 |
| 7/7/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.1 | $357.50 | 50% | 0.6 | $195.00 |
| 7/7/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.8 | $388.00 | 100% | 0.8 | $388.00 |
| 7/7/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 5 | $700.00 | 100% | 5.0 | $700.00 |
| 7/8/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 1 | $275.00 | 100% | 1.0 | $275.00 |
| 7/8/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 7/8/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 |
| 7/8/2005 | 14615 | BITTNER, BRYCE V. | $140.00 | 0.3 | $42.00 | 100% | 0.3 | $42.00 |
| 7/9/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 |
| 7/10/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3 | $825.00 | 100% | 3.0 | $825.00 |
| 7/11/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 0.5 | $137.50 | 100% | 0.5 | $137.50 |
| 7/11/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2.2 | $715.00 | 100% | 2.2 | $715.00 |
| 7/11/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 2.6 | $1,261.00 | 100% | 2.6 | $1,261.00 |
| 7/13/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 5.5 | $1,512.50 | 100% | 5.5 | $1,512.50 |
| 7/13/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 80% | 0.4 | $130.00 |
| 7/14/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 0.8 | $220.00 | 100% | 0.8 | $220.00 |
| 7/15/2005 | 13816 | FARBMAN, NEIL H. | $210.00 | 0.3 | $63.00 | 100% | 0.3 | $63.00 |
| 7/19/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 3.5 | $1,137.50 | 100% | 3.5 | $1,137.50 |
| 7/20/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 |
| 7/20/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.3 | $422.50 | 100% | 1.3 | $422.50 |
| 7/21/2005 | 13816 | FARBMAN, NEIL H. | $210.00 | 0.5 | $105.00 | 100% | 0.5 | $105.00 |

**Professional Time**

| Date | Tkpr | TKPR Name | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. |
|---|---|---|---|---|---|---|---|---|
| 7/21/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 |
| 7/22/2005 | 14669 | LOUD, KELLY M. | $140.00 | 2.8 | $392.00 | 100% | 2.8 | $392.00 |
| 7/25/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2 | $650.00 | 100% | 2.0 | $650.00 |
| 7/26/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2.5 | $812.50 | 100% | 2.5 | $812.50 |
| 7/26/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 2 | $970.00 | 100% | 2.0 | $970.00 |
| 7/27/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3.9 | $1,072.50 | 100% | 3.9 | $1,072.50 |
| 7/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.4 | $455.00 | 80% | 1.1 | $357.50 |
| 7/27/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 1.8 | $873.00 | 100% | 1.8 | $873.00 |
| 7/28/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 1.7 | $467.50 | 100% | 1.7 | $467.50 |
| 7/28/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 7/28/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 |
| 8/10/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 2.1 | $1,018.50 | 100% | 2.1 | $1,018.50 |
| 8/17/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 2.2 | $1,067.00 | 100% | 2.2 | $1,067.00 |
| 9/15/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 |
| 9/15/2005 | 7109 | KEPCHAR, KAROL A. | $485.00 | 1.4 | $679.00 | 75% | 1.1 | $533.50 |
| 9/15/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 9/16/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 2.7 | $742.50 | 100% | 2.7 | $742.50 |
| 9/19/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 |
| 10/12/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 2.5 | $812.50 | 100% | 2.5 | $812.50 |
| 10/12/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 |
| 10/13/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 |
| 10/13/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 10/14/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 10/17/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 1.7 | $467.50 | 100% | 1.7 | $467.50 |
| 10/17/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 10/19/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 |
| 10/19/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 |
| 10/19/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.3 | $630.50 | 100% | 1.3 | $630.50 |
| 10/20/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 1 | $275.00 | 100% | 1.0 | $275.00 |
| 10/21/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 10/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.2 | $65.00 | 100% | 0.2 | $65.00 |
| 10/28/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 |
| 10/31/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 0.7 | $192.50 | 100% | 0.7 | $192.50 |
| 10/31/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.4 | $130.00 | 50% | 0.2 | $65.00 |
| 11/9/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.4 | $130.00 | 100% | 0.4 | $130.00 |
| 11/15/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 |
| 11/15/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 |
| 11/15/2005 | 14737 | BOLEN, SARAH E. | $95.00 | 1 | $95.00 | 100% | 1.0 | $95.00 |
| 11/16/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 11/16/2005 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 12/1/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 |
| 12/2/2005 | 13256 | AXELROD, DAVID L. | $275.00 | 4 | $1,100.00 | 100% | 4.0 | $1,100.00 |
| 12/2/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.8 | $260.00 | 100% | 0.8 | $260.00 |
| 12/30/2005 | 11289 | ZIMMERMAN, TOBIAS E. | $325.00 | 0.1 | $32.50 | 100% | 0.1 | $32.50 |
| 1/11/2006 | 13256 | AXELROD, DAVID L. | $285.00 | 0.5 | $142.50 | 100% | 0.5 | $142.50 |
| 1/11/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.8 | $280.00 | 80% | 0.6 | $210.00 |

## Professional Time

| Date | Tkpr | TKPR Name | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. |
|---|---|---|---|---|---|---|---|---|
| 1/11/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 |
| 1/16/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.2 | $70.00 | 100% | 0.2 | $70.00 |
| 1/16/2006 | 7109 | KEPCHAR, KAROL A. | $490.00 | 1 | $490.00 | 100% | 1.0 | $490.00 |
| 1/16/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 |
| 1/18/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 |
| 1/19/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 |
| 1/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 |
| 1/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 |
| 1/24/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 |
| 1/31/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 |
| 2/6/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 2 | $700.00 | 80% | 1.6 | $560.00 |
| 2/9/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 1.5 | $525.00 | 70% | 1.1 | $385.00 |
| 2/9/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.7 | $339.50 | 50% | 0.4 | $194.00 |
| 2/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 1.2 | $420.00 | 100% | 1.2 | $420.00 |
| 2/14/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.8 | $280.00 | 50% | 0.4 | $140.00 |
| 2/17/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 6.1 | $2,135.00 | 100% | 6.1 | $2,135.00 |
| 2/17/2006 | 14737 | BOLEN, SARAH E. | $105.00 | 1 | $105.00 | 100% | 1.0 | $105.00 |
| 3/6/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.7 | $339.50 | 100% | 0.7 | $339.50 |
| 3/7/2006 | 14185 | KING, BRIAN R. | $215.00 | 1.1 | $236.50 | 100% | 1.1 | $236.50 |
| 3/7/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.4 | $140.00 | 100% | 0.4 | $140.00 |
| 3/11/2006 | 14185 | KING, BRIAN R. | $215.00 | 3.2 | $688.00 | 100% | 3.2 | $688.00 |
| 3/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.3 | $105.00 | 100% | 0.3 | $105.00 |
| 3/15/2006 | 14185 | KING, BRIAN R. | $215.00 | 1 | $215.00 | 100% | 1.0 | $215.00 |
| 3/16/2006 | 14185 | KING, BRIAN R. | $215.00 | 1.5 | $322.50 | 100% | 1.5 | $322.50 |
| 3/17/2006 | 14185 | KING, BRIAN R. | $215.00 | 1.9 | $408.50 | 100% | 1.9 | $408.50 |
| 3/17/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.8 | $280.00 | 20% | 0.2 | $70.00 |
| 3/19/2006 | 14185 | KING, BRIAN R. | $215.00 | 2.5 | $537.50 | 100% | 2.5 | $537.50 |
| 3/20/2006 | 14185 | KING, BRIAN R. | $215.00 | 2 | $430.00 | 100% | 2.0 | $430.00 |
| 3/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.3 | $105.00 | 100% | 0.3 | $105.00 |
| 4/11/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 4/12/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 5.5 | $1,925.00 | 100% | 5.5 | $1,925.00 |
| 4/12/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 |
| 4/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 1.5 | $525.00 | 100% | 1.5 | $525.00 |
| 4/13/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 2.2 | $1,067.00 | 100% | 2.2 | $1,067.00 |
| 4/13/2006 | 14737 | BOLEN, SARAH E. | $105.00 | 0.5 | $52.50 | 100% | 0.5 | $52.50 |
| 4/14/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 3 | $1,050.00 | 100% | 3.0 | $1,050.00 |
| 4/19/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 3.5 | $1,225.00 | 50% | 1.8 | $630.00 |
| 4/19/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 |
| 5/3/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 |
| 7/12/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 2.8 | $980.00 | 100% | 2.8 | $980.00 |
| 7/12/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.7 | $339.50 | 100% | 0.7 | $339.50 |

## Professional Time

| Date | Tkpr | TKPR Name | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. |
|---|---|---|---|---|---|---|---|---|
| 7/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | $350.00 | 0.8 | $280.00 | 50% | 0.4 | $140.00 |
| 7/13/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 |
| 11/21/2006 | 7175 | PIERCE, ANTHONY T. | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 |
|  |  |  |  | **233.1** | **$71,923.50** |  | **226.8** | **$69,677.50** |

**Disbursements / Expenses**

| Disb ID | Date | TKPR Name | Client | Matter | Cost Code | Base Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 10945956 | 5/3/2005 | | 79994 | 110 | COURR | $12.06 | VENDOR: UNITED PARCEL SERVICE INVOICE#: |
| 11054678 | 6/2/2005 | | 79994 | 110 | COURR | $16.13 | VENDOR: UNITED PARCEL SERVICE INVOICE#: |
| 11124215 | 6/27/2005 | | 79994 | 110 | CLRWES | $181.04 | User: AXELROD,DAVID Date: 6/27/2005 AcctNumber: |
| 11124949 | 6/29/2005 | | 79994 | 110 | CLRLXS | $78.49 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124950 | 6/29/2005 | | 79994 | 110 | CLRLXS | $168.19 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124951 | 6/29/2005 | | 79994 | 110 | CLRLXS | $24.46 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11124952 | 6/29/2005 | | 79994 | 110 | CLRLXS | $18.35 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124953 | 6/29/2005 | | 79994 | 110 | CLRLXS | $8.66 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; |
| 11124216 | 6/29/2005 | | 79994 | 110 | CLRWES | $92.19 | User: AXELROD,DAVID Date: 6/29/2005 AcctNumber: |
| 11120081 | 6/30/2005 | INNISS, ELEANOR C. | 79994 | 110 | POSTGS | $3.13 | US Postage - Inniss, Eleanor, DC, 1 piece(s) |
| 11124217 | 6/30/2005 | | 79994 | 110 | CLRWES | $184.39 | User: AXELROD,DAVID Date: 6/30/2005 AcctNumber: |
| 11124954 | 7/1/2005 | | 79994 | 110 | CLRLXS | $233.52 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124955 | 7/1/2005 | | 79994 | 110 | CLRLXS | $50.04 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11124956 | 7/1/2005 | | 79994 | 110 | CLRLXS | $6.25 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124957 | 7/1/2005 | | 79994 | 110 | CLRLXS | $5.74 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11124958 | 7/1/2005 | | 79994 | 110 | CLRLXS | $22.15 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; |
| 11145092 | 7/5/2005 | | 79994 | 110 | CLRLXS | $42.73 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145093 | 7/5/2005 | | 79994 | 110 | CLRLXS | $48.85 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11145094 | 7/5/2005 | | 79994 | 110 | CLRLXS | $30.27 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; |
| 11145095 | 7/6/2005 | | 79994 | 110 | CLRLXS | $117.02 | Service: LAW REVIEWS; Employee: BRYCE BITTNER; Charge |
| 11145096 | 7/6/2005 | | 79994 | 110 | CLRLXS | $1,115.26 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145097 | 7/6/2005 | | 79994 | 110 | CLRLXS | $128.21 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11145098 | 7/6/2005 | | 79994 | 110 | CLRLXS | $18.32 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145099 | 7/6/2005 | | 79994 | 110 | CLRLXS | $27.99 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145100 | 7/6/2005 | | 79994 | 110 | CLRLXS | $38.92 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; |
| 11135455 | 7/6/2005 | INNISS, ELEANOR C. | 79994 | 110 | POSTGS | $1.29 | US Postage - Inniss, Eleanor, DC, 1 piece(s) |
| 11145101 | 7/7/2005 | | 79994 | 110 | CLRLXS | $327.63 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145102 | 7/7/2005 | | 79994 | 110 | CLRLXS | $103.79 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11145103 | 7/7/2005 | | 79994 | 110 | CLRLXS | $12.21 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE |
| 11145104 | 7/7/2005 | | 79994 | 110 | CLRLXS | $34.60 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; |
| 11144465 | 7/9/2005 | | 79994 | 110 | CLRWES | $102.23 | User: AXELROD,DAVID Date: 7/9/2005 AcctNumber: |
| 11171732 | 7/10/2005 | | 79994 | 110 | CLRWES | $218.53 | User: AXELROD,DAVID Date: 7/10/2005 AcctNumber: |
| 11171733 | 7/13/2005 | | 79994 | 110 | CLRWES | $363.36 | User: AXELROD,DAVID Date: 7/13/2005 AcctNumber: |
| 11171734 | 7/15/2005 | | 79994 | 110 | CLRWES | $107.84 | User: AXELROD,DAVID Date: 7/15/2005 AcctNumber: |
| 11197409 | 7/19/2005 | | 79994 | 110 | CLRLXS | $119.18 | Service: FINANCIAL INFORMATION SERVICE; Employee: |
| 11197410 | 7/19/2005 | | 79994 | 110 | CLRLXS | $61.11 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E |
| 11197411 | 7/19/2005 | | 79994 | 110 | CLRLXS | $18.34 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: SINGLE DOCUMENT RETRIEVAL; |
| 11197412 | 7/19/2005 | | 79994 | 110 | CLRLXS | $12.22 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E |
| 11197413 | 7/19/2005 | | 79994 | 110 | CLRLXS | $37.01 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: DELAWARE SOS SEARCHES; |
| 11197414 | 7/19/2005 | | 79994 | 110 | CLRLXS | $78.43 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11197415 | 7/19/2005 | | 79994 | 110 | CLRLXS | $3,101.59 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11196781 | 7/19/2005 | | 79994 | 110 | CLRWES | $239.27 | User: AXELROD,DAVID Date: 7/19/2005 AcctNumber: |
| 11196783 | 7/19/2005 | | 79994 | 110 | CLRWES | $604.23 | User: ZIMMERMAN,TOBIAS E Date: 7/19/2005 AcctNumber: |
| 11197416 | 7/20/2005 | | 79994 | 110 | CLRLXS | $7.13 | Service: COUNTRY INFORMATION SERVICE; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT |
| 11197417 | 7/20/2005 | | 79994 | 110 | CLRLXS | $174.18 | Service: COUNTRY INFORMATION SERVICE; Employee: |
| 11196782 | 7/20/2005 | | 79994 | 110 | CLRWES | $439.69 | User: AXELROD,DAVID Date: 7/20/2005 AcctNumber: |
| 11197403 | 7/21/2005 | | 79994 | 110 | CLRLXS | $21.39 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11197404 | 7/21/2005 | | 79994 | 110 | CLRLXS | $1,949.57 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11197405 | 7/22/2005 | | 79994 | 110 | CLRLXS | $28.52 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11197406 | 7/22/2005 | | 79994 | 110 | CLRLXS | $2,010.67 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11197407 | 7/22/2005 | | 79994 | 110 | CLRLXS | $12.22 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11197408 | 7/22/2005 | | 79994 | 110 | CLRLXS | $6.11 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; |
| 11227315 | 7/26/2005 | | 79994 | 110 | CLRWES | $11.55 | User: ZIMMERMAN,TOBIAS E Date: 7/26/2005 AcctNumber: |
| 11227313 | 7/27/2005 | | 79994 | 110 | CLRWES | $468.31 | User: AXELROD,DAVID Date: 7/27/2005 AcctNumber: |
| 11227316 | 7/27/2005 | | 79994 | 110 | CLRWES | $77.90 | User: ZIMMERMAN,TOBIAS E Date: 7/27/2005 AcctNumber: |
| 11227314 | 7/28/2005 | | 79994 | 110 | CLRWES | $92.17 | User: AXELROD,DAVID Date: 7/28/2005 AcctNumber: |
| 11396511 | 9/16/2005 | | 79994 | 110 | CLRWES | $200.47 | User: AXELROD,DAVID Date: 9/16/2005 AcctNumber: |
| 11492312 | 10/19/2005 | | 79994 | 110 | FILEF | $250.00 | VENDOR: CLERK, U.S. DISTRICT COURT; INVOICE#: |
| 11546904 | 10/31/2005 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $5.34 | US Postage - Nemeh, Megan, DC, 1 piece(s) |
| 11813861 | 11/4/2005 | | 79994 | 110 | PRFPS | $873.00 | research into Chad S Arlington, incl residence; investigate |
| 11610234 | 11/15/2005 | BOLEN, SARAH E. | 79994 | 110 | CDEVGE | $131.00 | S. Bolen made purchase for att.; eBay |

**Disbursements / Expenses**

| Disb ID | Date | TKPR Name | Client | Matter | Cost Code | Base Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 11765596 | 11/17/2005 | | 79994 | 110 | PRFPS | $586.85 | VENDOR: CAPITOL PROCESS SERVICES INC; INVOICE#: 161359; DATE: 11/17/05 Chad S Arrington, dba Primarysource |
| 11807267 | 1/6/2006 | | 79994 | 110 | CLRMI | $1.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: |
| 11796558 | 1/20/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $0.87 | US Postage - Nemeh, Megan, DC, 1 piece(s) |
| 11804314 | 1/24/2006 | | 79994 | 110 | CLRLXS | $51.82 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11804315 | 1/24/2006 | | 79994 | 110 | CLRLXS | $442.03 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11829429 | 2/3/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $0.78 | US Postage - Nemeh, Megan, DC, 2 piece(s) |
| 11877358 | 2/17/2006 | | 79994 | 110 | CLRLXS | $14.26 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E |
| 11877359 | 2/17/2006 | | 79994 | 110 | CLRLXS | $570.67 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E |
| 11877360 | 2/17/2006 | | 79994 | 110 | CLRLXS | $666.23 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11877361 | 2/17/2006 | | 79994 | 110 | CLRLXS | $884.07 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E |
| 11964548 | 3/12/2006 | | 79994 | 110 | CLRWES | $171.10 | User: KING,BRIAN Date: 3/12/2006 AcctNumber: 1000532285 |
| 11964549 | 3/13/2006 | | 79994 | 110 | CLRWES | $198.37 | User: KING,BRIAN Date: 3/13/2006 AcctNumber: 1000532285 |
| 11965154 | 3/16/2006 | | 79994 | 110 | CLRLXS | $365.10 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11965155 | 3/16/2006 | | 79994 | 110 | CLRLXS | $24.48 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11965156 | 3/17/2006 | | 79994 | 110 | CLRLXS | $118.30 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11965157 | 3/17/2006 | | 79994 | 110 | CLRLXS | $6.12 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11999058 | 3/20/2006 | | 79994 | 110 | CLRLXS | $118.37 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11999059 | 3/20/2006 | | 79994 | 110 | CLRLXS | $55.11 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; |
| 11988413 | 3/20/2006 | | 79994 | 110 | CLRWES | $44.88 | User: KING,BRIAN Date: 3/20/2006 AcctNumber: 1000532285 |
| 12065098 | 4/14/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $4.05 | US Postage - Nemeh, Megan, DC, 1 piece(s) |
| 12370647 | 7/10/2006 | | 79994 | 110 | CLRLXS | $9.00 | Service: LEXIS PUBLIC RECORDS; Employee: ZIMMERMAN |
| 12370648 | 7/10/2006 | | 79994 | 110 | CLRLXS | $294.00 | Service: LEXIS PUBLIC RECORDS; Employee: ZIMMERMAN |
| | | | | | | $19,601.94 | |