**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BLACKSIDE, INC.

      Plaintiff,

      v.                                                         Case No. 05-2063

CHAD S. ARRINGTON, d/b/a
PRIMARYSOURCE and/or
PRIME MEDIA

      Defendant.

<u>**SUPPLEMENTAL APPLICATION FOR ATTORNEYS' FEES**</u>

      Pursuant to this Court's Minute Order of February 15, 2007, undersigned counsel for the

Plaintiff, Blackside, Inc., hereby supplements its original Application For Attorneys' Fees [dkt.

no. 16], filed December 15, 2006.  The Court's February 15 Order denied Plaintiff's motion

without prejudice, and gave Plaintiff leave to resubmit its application for fees, to be accompanied

by more detailed information regarding the fees and costs Plaintiff seeks.  This filing is intended

to supplement Plaintiff's original Application, which is incorporated herein by reference, and is

also attached as Exhibit 1 for the Court's convenience.

      1.     Attached hereto as Exhibit 2 is a revised copy of the summary of time billed that

was attached to the December 15, 2006 Declaration of Anthony Pierce.  This revised summary

includes two new columns.  First, a letter code has been added before the "Rate" column,

indicating the billing timekeeper's position at the time of the entry.  The codes are as follows:

| | | |
|---|---|---|
| "P" | = | Partner; |
| "C" | = | Counsel; |
| "A" | = | Associate; |
| "S" | = | Summer Associate; and |
| "L" | = | Legal Assistant. |

Second, a "Narrative" column has been added to the far right, providing the contemporaneous billing descriptions noted by the billing timekeeper. None of the original columns have been changed, and the totals are the same as the attachment to Mr. Pierce's declaration. The costs summary originally attached to Mr. Pierce's declaration is also unchanged.

2.    Akin Gump represents Blackside, Inc. *pro bono publico* in this (and other) matters. Thus, while the firm has its internal billing records (from which Exhibit 2 is derived), no final legal bills were generated for transmittal to the client. For this same reason, no "write-offs" or similar adjustments were applied as is customary.

3.    Attached hereto as Exhibit 3 are biographies of the four principal attorneys handling this matter, which are summarized here:

- David L. Axelrod is an associate in Akin Gump's Litigation section. Mr. Axelrod graduated from Harvard Law School in 2003, following which he was a judicial law clerk for the Hon. R. Barclay Surrick, U.S. District Court for the Eastern District of Pennsylvania. Mr. Axelrod performed legal research and drafted briefs and other documents. Akin Gump billed Mr. Axelrod at $275.00/hr in 2005, and at $285.00/hr in 2006.[1]

- Karol A. Kepchar is a partner and head of the firm's Trademark, Copyright and Internet practice. Ms. Kepchar graduated from Temple Law School with honors in 1992. Ms. Kepchar provided consultation and analysis of intellectual property law issues during the Blackside representation. Ms. Kepchar's billable rate was $485.00/hr in 2005 and $490.00/hr in 2006.

- Anthony T. Pierce is a partner in the firm's Litigation section. Mr. Pierce graduated from Georgetown University Law Center in 1987. Mr. Pierce is the partner principally in charge of the Blackside representation, and oversaw all aspects of the case. Mr. Pierce's billing rate was $485.00/hr in 2005 and 2006.

- Tobias E. Zimmerman is (currently) a Counsel in the firm's Litigation practice.[2] Mr. Zimmerman graduated from Georgetown University Law Center with honors in 2000. Mr. Zimmerman was the primary associate responsible for the case. Mr. Zimmerman performed legal research and writing; factual research on the

---

[1] Akin Gump credits time spent as an judicial clerk for seniority purposes. Thus, Mr. Axelrod was considered for billing purposes to be a second year associate in 2005 and a third year associate in 2006.

[2] Mr. Zimmerman was promoted from Associate to Counsel in the fall of 2005.

defendant; maintained communications with the client; and oversaw the work done by more junior associates. Mr. Zimmerman's billable rate in 2005 was $325.00/hr in 2006, and $350.00/hr in 2006.

4.    Attached hereto as Exhibit 4 is a copy of the National Law Journal Online's "Firm-by-firm sampling of billing rates nationwide" dated December 11, 2006. Comparison to other law firms that identify themselves as being from Washington, D.C. indicates that Akin Gump's rates charged on this matter are well within the range of rates charged by comparable law firms. For example, partners at Covington & Burling are reported to charge between $470 and $760/hr, and associates between $210 and $490/hr. (Ex. 4 at 3). Dickstein Shapiro reports an average rate of $530/hr for partners and $315/hr for associates. (Ex. 4 at 4). At Wiley Rein & Fielding, the average partner rate is $475/hr and the average associate rate is $300. (Ex. 4 at 13). While not exhaustive, Blackside submits that this evidence is sufficient to establish that Akin Gump, which has 900 attorneys worldwide, charges rates consistent with other law firms of its size and caliber in the Washington, D.C. market for legal services. *See* Exhibit 5 hereto (Akin Gump "At A Glance" from firm website). *Cf. Wilcox v. Sisson*, 2006 U.S. Dist. LEXIS 33404, at *14 (D.D.C. 2006) (discussing Helder Associates survey finding 2004 average billable rate for year 2000 graduates at firms over 100 attorneys was $285/hr, and that at least nine D.C. law firms charged more).

For the reasons stated in its original Application for Fees, as supported by the additional information submitted herewith, Blackside respectfully submits that the time spent on this matter was reasonable, and that the legal fees assessed for that time are based on reasonable rates.  For these reasons, Blackside's Fee Application should be allowed.

Dated December 15, 2006          Respectfully submitted

By: _____
Anthony T. Pierce, D.C. Bar No. 415263
Tobias E. Zimmerman, D.C. Bar No. 475202
AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
1333 New Hampshire Ave, N.W.
Washington, D.C.  20036
202.887.4000
202.887.4288 fax

## <u>CERTIFICATE OF MAILING AND SERVICE</u>

I, Tobias E. Zimmerman, certify that on March 15, 2007, I served copies of Plaintiff's

Supplemental Application for Attorneys' Fees via first-class mail, postage prepaid on:

   Chad S. Arrington
   2342 Shattuck Avenue
   Berkeley CA, 94704


          _____
          Tobias E. Zimmerman

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BLACKSIDE, INC.

     Plaintiff,

     v.

CHAD S. ARRINGTON, d/b/a
PRIMARYSOURCE and/or
PRIME MEDIA

     Defendant.

Case No. 05-2063

## <u>APPLICATION FOR ATTORNEYS' FEES</u>

Pursuant to this Court's Order of November 15, 2006 [dkt. no. 15], undersigned counsel for the Plaintiff, Blackside, Inc., hereby requests that the Court amend the Judgment granted against Defendant Chad Arrington to include attorneys' fees in the amount of **$89,279.44**. This amount represents the professional time and out-of-pocket expenses expended by Akin Gump Strauss Hauer & Feld in furtherance of this litigation.

Blackside asserts that the requested amount is reasonable. Before filing this lawsuit counsel had to conduct an extensive pre-complaint investigation to identify Defendant, as he is not expressly identified on his infringing website. This investigation included cross-referencing Defendant's "eyesontheprize.info" domain name, and tracing the internet protocol (IP) address of the server on which Defendant's website resided in order to identify his web-hosting service (which turned out to be located in Canada). Further research of public records in California and elsewhere was then conducted to ensure that the correct individual had been identified. Counsel then sent (by various methods) cease-and-desist letters to Defendant and his web hosting service. Once it was clear that Defendant intended to continue his infringement, counsel then prepared

the illustrated Complaint in this action. (Counsel also researched and prepared a motion for a temporary restraining order, but ultimately decided not to file that motion).

Once the Complaint was on file, counsel was then forced to spend considerable time in the attempts to effect service on Defendant, who conducts his illegal activities from a P.O. Box. This required counsel to research California law on service, and to pay for the services of a private investigator, rather than a standard process server. After the Complaint was on file counsel continued to monitor Defendant's illegal activities, including his apparent efforts to sell his stock through eBay. Counsel also obtained the pleadings and unpublished orders from a previous copyright infringement case against Defendant Chad Arrington, including documents relating to the appeal of that case to the Ninth Circuit.

Following Defendant's failure to appear, counsel applied to the clerk for a notice of default, which required research into Defendant's military status. Counsel then researched and prepared a detailed Motion for Default Judgment, accompanied by two declarations, that set forth not only the relevant facts from the Complaint, but also the subsequent acts of the Defendant that supported the requested statutory damages. Following submission of that motion, Plaintiff became aware of new facts relevant to the motion, leading counsel to file a supplemental pleading.

Counsel has now represented Blackside in connection with this matter for over 20 months, and the representation will probably require substantial more work in order to execute that portion of the Court's Order regarding Defendant's domain name, and in tracing Defendant and his assets in an effort to collect on the Court's judgment.

The following is a summary of the time and expenses related to this matter:

### FEES FOR PROFESSIONAL SERVICES

**Time Billed By Partners**

| | | | | | |
|---|---|---|---|---|---|
| 39.7 hours | @ | $485.00/hr | = | $ | 19,254.50 |
| 1.0 hours | @ | $490.00/hr | = | $ | 490.00 |
| **40.7 hours** | | | | **$** | **19,744.50** |

**Time Billed By Counsel & Associates**

| | | | | | |
|---|---|---|---|---|---|
| 0.8 hours | @ | $210.00/hr | = | $ | 168.00 |
| 13.2 hours | @ | $215.00/hr | = | $ | 2,838.00 |
| 79.9 hours | @ | $275.00/hr | = | $ | 21,147.50 |
| 0.5 hours | @ | $285.00/hr | = | $ | 142.50 |
| 33.5 hours | @ | $325.00/hr | = | $ | 10,887.50 |
| 29.9 hours | @ | $350.00/hr | = | $ | 10,465.00 |
| **154.8 hours** | | | | **$** | **45,648.50** |

**Time Billed By Summer Associates & Legal Assistants**

| | | | | | |
|---|---|---|---|---|---|
| 1.0 hours | @ | $ 95.00/hr | = | $ | 95.00 |
| 1.5 hours | @ | $105.00/hr | = | $ | 157.50 |
| 28.8 hours | @ | $140.00/hr | = | $ | 4,032.00 |
| **31.3 hours** | | | | **$** | **4,284.50** |

**TOTAL HOURS:   226.8**
**TOTAL FEES FOR PROFESSIONAL SERVICES:  $ 69,677.50**

### DIRECT DISBURSEMENTS / EXPENSES

| | | |
|---|---|---|
| Private Investigator & Process Server | $ | 1,459.85 |
| Electronic Research on Defendant | $ | 6,541.27 |
| Electronic Research – Legal | $ | 11,176.17 |
| Court Fees | $ | 250.00 |
| Postage / United Parcel Service | $ | 43.65 |
| E-Bay Purchase of 2d Counterfeit DVD Set | $ | 130.00 |
| **TOTAL DISBURSEMENTS:** | **$** | **19,601.94** |

| | | |
|---|---|---|
| **Professional Services:** | **$ 69,677.50** | |
| **Direct Disbursements / Expenses:** | **$ 19,601.94** | **+** |
| **TOTAL REQUESTED ATTORNEYS' FEES:** | **$ 89,279.44** | |

These expenditures are supported by the accompanying Declaration of Anthony T. Pierce.

The amount of time billed to this matter is reasonable in light of the complications arising out of Defendant's evasiveness, and the seriousness of his infringing activities.  Furthermore, the

hourly rates are well within the usual and customary rates for such services in Washington, D.C.

Accordingly, Blackside and undersigned counsel assert that the requested amount, $ 89,279.44,

is reasonable, and request that this application be granted.

Dated December 15, 2006          Respectfully submitted

By: _____
    Anthony T. Pierce, D.C. Bar No. 415263
    Tobias E. Zimmerman, D.C. Bar No. 475202
    AKIN GUMP STRAUSS HAUER & FELD, L.L.P.
    1333 New Hampshire Ave, N.W.
    Washington, D.C.  20036
    202.887.4000
    202.887.4288 fax

# EXHIBIT 2

**Professional Time**

| Date | Tkpr | TKPR Name | | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. | Narrative |
|------|------|-----------|--|------|--------|----------|------------|-----------|-----------|-----------|
| 4/6/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 | E-mails with T. Zimmerman re: whether to sue people selling the documentary on the net. |
| 4/6/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Review new infringing website www.eyesontheprize.info and draft e-mail to A. Pierce and K. Kepchar. |
| 4/7/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.8 | $388.00 | 100% | 0.8 | $388.00 | E-mails with K. Kepchar and T. Zimmerman re: what to do next with eyesontheprize,net. |
| 5/3/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 | Review cease and desist letters regarding eyesontheprize.info. |
| 5/3/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2.6 | $845.00 | 100% | 2.6 | $845.00 | Draft DMCA takedown letters to .info site and ISP; revise and send DMCA correspondence. |
| 5/5/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.4 | $130.00 | 100% | 0.4 | $130.00 | Monitor .info site; send DMCA correspondence to ISP and .info site operator. |
| 5/9/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 | Monitoring of .info website and e-mail discussion with A. Pierce re potential legal action. |
| 6/7/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.6 | $195.00 | 100% | 0.6 | $195.00 | Arrange purchase of bootleg DVD set; correspondence with J. Hampton and S. Forman re illegal copies. |
| 6/23/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2.1 | $682.50 | 100% | 2.1 | $682.50 | Meeting with A. Pierce and teleconference with PBS regarding infringement by Arrington, teleconference with M. MacDougall re criminal prosecution; prepare e-mail to PBS with relevant documents; discussions with E. Luster and associates regarding available people. |
| 6/24/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 | Review EYES ON THE PRIZE digital bootleg documents. |
| 6/24/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | Meetings with T. Zimmerman and M. MacDougal re: referral and civil action; review pirated materials. |
| 6/27/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 | Meeting with Tobias, researching causes of action for copyright infringement. |
| 6/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 | Gather documents relevant to claim against Arrington; discussion with D. Axelrod re drafting complaint against Arrington. |
| 6/28/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 6.1 | $1,677.50 | 100% | 6.1 | $1,677.50 | Researching causes of action against infringer and ISP; drafting complaint. |
| 6/28/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 0.4 | $56.00 | 100% | 0.4 | $56.00 | Researched Temporary Restraining Order Venue and Jurisdiction |
| 6/29/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 8.5 | $2,337.50 | 100% | 8.5 | $2,337.50 | Drafting complaint; meeting with Bryce Bittner regarding research for complaint. |
| 6/29/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 2 | $280.00 | 100% | 2.0 | $280.00 | Researched Temporary Restraining Order Venue and Jurisdiction |
| 6/29/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.1 | $357.50 | 50% | 0.6 | $195.00 | Review contracts; discussion with D. Axelrod re causes of action and jurisdiction. |
| 6/30/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 5.1 | $1,402.50 | 100% | 5.1 | $1,402.50 | Drafting Complaint. |
| 6/30/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 4.1 | $574.00 | 100% | 4.1 | $574.00 | Researched Temporary Restraining Order under the Federal Rules of Civil Procedure and the Local Court Rules of ND CA and Dist DC.  Drafted Memorandum. |
| 6/30/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.2 | $65.00 | 100% | 0.2 | $65.00 | Discussion with D. Axelrod re complaint. |
| 7/1/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 0.8 | $220.00 | 100% | 0.8 | $220.00 | Drafting Complaint. |
| 7/1/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 4.3 | $602.00 | 100% | 4.3 | $602.00 | Drafted Memorandum on Temporary Restraining Order |
| 7/5/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 | Drafting complaint, and TRO. |
| 7/5/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 2.9 | $406.00 | 100% | 2.9 | $406.00 | Drafted Memorandum on Temporary Restraining Orders in Copyright Infringement Case |
| 7/6/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 2.4 | $660.00 | 100% | 2.4 | $660.00 | Drafting complaint. |
| 7/6/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 7 | $980.00 | 100% | 7.0 | $980.00 | Researched the Elements to Assert Personal Jurisdiction over An Out-of-State Defendant under DC and MA law. |
| 7/6/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 1.8 | $873.00 | 100% | 1.8 | $873.00 | Work on Blackside complaint. |

**Professional Time**

| Date | Tkpr | TKPR Name | | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 5 | $700.00 | 100% | 5.0 | $700.00 | Researched personal jurisdiction under DC and MA law.  Wrote memorandum. |
| 7/7/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.8 | $388.00 | 100% | 0.8 | $388.00 | E-mails related to where we are going to file. |
| 7/7/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.1 | $357.50 | 50% | 0.6 | $195.00 | VeRO notice to eBay; research possible infringing sale; research facts for complaint and respond to inquiry from S. Forman; discussion re jurisdiction for complaint; respond to public inquiry re films. |
| 7/8/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 1 | $275.00 | 100% | 1.0 | $275.00 | Drafting TRo. |
| 7/8/2005 | 14615 | BITTNER, BRYCE V. | S | $140.00 | 0.3 | $42.00 | 100% | 0.3 | $42.00 | Discussed pendent and supplemental jurisdiction in the DC Circuit courts with Mr. Zimmerman. |
| 7/8/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 | Review portion of Blackside complaint. |
| 7/8/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Research facts for Complaint. |
| 7/9/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 | Drafting TRO |
| 7/10/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3 | $825.00 | 100% | 3.0 | $825.00 | Researching and drafting TRO |
| 7/11/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 0.5 | $137.50 | 100% | 0.5 | $137.50 | Revising Complaint. |
| 7/11/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 2.6 | $1,261.00 | 100% | 2.6 | $1,261.00 | Work on Blackside complaint. |
| 7/11/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2.2 | $715.00 | 100% | 2.2 | $715.00 | Review K. Kepchar comments and forward to D. Axelrod with comments. Review Axelrod first draft TRO. |
| 7/13/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 5.5 | $1,512.50 | 100% | 5.5 | $1,512.50 | Drafting and researching motion for preliminary injunction. |
| 7/13/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 80% | 0.4 | $130.00 | Review revised Complaint from D. Axelrod; investigate Laserdisc version of film. |
| 7/14/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 0.8 | $220.00 | 100% | 0.8 | $220.00 | Drafting motion for preliminary injunction. |
| 7/15/2005 | 13816 | FARBMAN, NEIL H. | A | $210.00 | 0.3 | $63.00 | 100% | 0.3 | $63.00 | Background research. |
| 7/19/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 3.5 | $1,137.50 | 100% | 3.5 | $1,137.50 | Major revisions to Complaint. |
| 7/20/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 | Drafting motion for preliminary injunction; drafting changes in complaint. |
| 7/20/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.3 | $422.50 | 100% | 1.3 | $422.50 | Major revisions to Complaint. |
| 7/21/2005 | 13816 | FARBMAN, NEIL H. | A | $210.00 | 0.5 | $105.00 | 100% | 0.5 | $105.00 | Review draft of complaint. |
| 7/21/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 | Work with Summer Assoc. on subpoena question. |
| 7/22/2005 | 14669 | LOUD, KELLY M. | S | $140.00 | 2.8 | $392.00 | 100% | 2.8 | $392.00 | Legal research re subpoena of record relating to private PO Box |
| 7/25/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2 | $650.00 | 100% | 2.0 | $650.00 | Revise Complaint |
| 7/26/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 2 | $970.00 | 100% | 2.0 | $970.00 | Work on Blackside complaint. |
| 7/26/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2.5 | $812.50 | 100% | 2.5 | $812.50 | Revise and rewrite motion for Preliminary Injunction. |
| 7/27/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3.9 | $1,072.50 | 100% | 3.9 | $1,072.50 | Drafting motion for preliminary injunction. |
| 7/27/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 1.8 | $873.00 | 100% | 1.8 | $873.00 | Work on Blackside complaint. |
| 7/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.4 | $455.00 | 80% | 1.1 | $357.50 | Review and edit PI motion and complaint; e-mail discussion regarding claim against ISP; review cases on DMCA liability. |
| 7/28/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 1.7 | $467.50 | 100% | 1.7 | $467.50 | Drafting motion for preliminary injunction. |
| 7/28/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 | Work on Blackside complaint. |
| 7/28/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Discussion re Claims against ISP. |
| 8/10/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 2.1 | $1,018.50 | 100% | 2.1 | $1,018.50 | Review and revise the complaint. |
| 8/17/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 2.2 | $1,067.00 | 100% | 2.2 | $1,067.00 | Review PI motion and revise same. |
| 9/15/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 4.5 | $1,237.50 | 100% | 4.5 | $1,237.50 | Drafting new complaint. |
| 9/15/2005 | 7109 | KEPCHAR, KAROL A. | P | $485.00 | 1.4 | $679.00 | 75% | 1.1 | $533.50 | Work on eBay auction assessment; review revised complaint. |
| 9/15/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | E-mails related to Blackside, Inc. and notice of infringement. |
| 9/16/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 2.7 | $742.50 | 100% | 2.7 | $742.50 | Drafting motion for preliminary ?. |
| 9/19/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 | Drafting motion for preliminary inquiry. |
| 10/12/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 | Review new version of complaint. |
| 10/12/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 2.5 | $812.50 | 100% | 2.5 | $812.50 | Final edits to Blackside complaint and circulate. |
| 10/13/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | Work on Blackside complaint; e-mail to L. Tanenbaum. |

**Professional Time**

| Date | Tkpr | TKPR Name | | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. | Narrative |
|------|------|-----------|---|------|--------|----------|------------|-----------|-----------|-----------|
| 10/13/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 | Discuss draft complaint with A. Pierce and foward to L. Tannenbaum for review and comments. |
| 10/14/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Discuss draft complaint with D. Axelrod; forward dfaft complaint to J. Hampton at Blackside for review. |
| 10/17/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 1.7 | $467.50 | 100% | 1.7 | $467.50 | Finalizing complaint. |
| 10/17/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Discuss Blackside Complaint wiht L. Tanenbaum and forward comments to D. Axelrod and A. Pierce; discuss revisions with D. Axelrod. |
| 10/19/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 3.5 | $962.50 | 100% | 3.5 | $962.50 | Researching damages for copyright action. |
| 10/19/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.3 | $630.50 | 100% | 1.3 | $630.50 | Review final version of Blackside complaint. |
| 10/19/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 | Final edits to complaint; discuss complaint with A. Pierce, L. Tanenbaum and D. Axelrod; assist D. Axelrod with filing and service of complaint. |
| 10/20/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 1 | $275.00 | 100% | 1.0 | $275.00 | Filing complaint. |
| 10/21/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | Final review of Blackside complaint; review docket filing. |
| 10/27/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.2 | $65.00 | 100% | 0.2 | $65.00 | Respond to D. Axelrod and foward additional information on C. Arrington to assist process server. |
| 10/28/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.3 | $97.50 | 100% | 0.3 | $97.50 | File Notice of Appearance for A. Pierce. |
| 10/31/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 0.7 | $192.50 | 100% | 0.7 | $192.50 | Researching service issue |
| 10/31/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.4 | $130.00 | 50% | 0.2 | $65.00 | VeRO notice to eBay; discussion with D. Axelrod regarding service of Complaint on Chad Arrington. |
| 11/9/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.4 | $130.00 | 100% | 0.4 | $130.00 | Summarize options for locating defendant Arrington in e-mail to A. Pierce and D. Axelrod and discuss case strategy. |
| 11/15/2005 | 14737 | BOLEN, SARAH E. | L | $95.00 | 1 | $95.00 | 100% | 1.0 | $95.00 | General legal assistance, per T. Zimmerman. |
| 11/15/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 | E-mails and phone calls related to potential new suit against a theft. |
| 11/15/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 1.5 | $487.50 | 100% | 1.5 | $487.50 | Track illegal eBay auctions and arrange for S. Bolen to order copy of infringing DVDs. |
| 11/16/2005 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | E-mail and phone calls related to new seller of DVD. Review e-bay entry. E-mails with Judy Jennison. |
| 11/16/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | VeRO notice to eBay regarding offending auctions. |
| 12/1/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.5 | $162.50 | 100% | 0.5 | $162.50 | Review pirate DVD received via eBay sale to S. Bolen and confirm same as previous purchase from Arrington. |
| 12/2/2005 | 13256 | AXELROD, DAVID L. | A | $275.00 | 4 | $1,100.00 | 100% | 4.0 | $1,100.00 | Researching service issues, ensuring service was proper. |
| 12/2/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.8 | $260.00 | 100% | 0.8 | $260.00 | Discussion with D. Axelrod re effectiveness of service; e-mail inquiry to West Coast re California service rule. |
| 12/30/2005 | 11289 | ZIMMERMAN, TOBIAS E. | A | $325.00 | 0.1 | $32.50 | 100% | 0.1 | $32.50 | Review motion for Default from D. Axelrod. |
| 1/11/2006 | 13256 | AXELROD, DAVID L. | A | $285.00 | 0.5 | $142.50 | 100% | 0.5 | $142.50 | Research. |
| 1/11/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 | E-mails and phone calls related to infringement activity and filing of default. |
| 1/11/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.8 | $280.00 | 80% | 0.6 | $210.00 | E-mail discussion with A. Pierce and D. Axelrod re default judgment; revise draft motion for default and return to D. Axelrod; draft and send VeRO notice to eBay; review C. Arrington website and web search for additional infringing sales; review PBSdraft press release. |
| 1/16/2006 | 7109 | KEPCHAR, KAROL A. | P | $490.00 | 1 | $490.00 | 100% | 1.0 | $490.00 | Review and comment on motion for default; review rules for damages awards on default judgment. |
| 1/16/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 | Work on default motion in DC case. |
| 1/16/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.2 | $70.00 | 100% | 0.2 | $70.00 | Revise motion for default; review comments by K. Kepchar. |
| 1/18/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 | Revise motion for default, declaration in support of default and proposed order of default; respond to inquiry from S. Forman re Arrington case status. |
| 1/19/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.6 | $291.00 | 100% | 0.6 | $291.00 | Review revised default papers. |

**Professional Time**

| Date | Tkpr | TKPR Name | | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. | Narrative |
|------|------|-----------|---|------|--------|----------|-----------|-----------|-----------|-----------|
| 1/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 | Prepare and file motion for default. |
| 1/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 | Prepare and file motion for default. |
| 1/24/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 | Research need for military affidavit and discuss with A. Pierce; e-mail to D. Axelrod re military affidavit. |
| 1/31/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.5 | $175.00 | 100% | 0.5 | $175.00 | Research military affadavit and discuss with A. Pierce. |
| 2/6/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 2 | $700.00 | 80% | 1.6 | $560.00 | Review recent articles and forward to client; e-mail Detroit Free Press re correction; prepare and file military affidavit. |
| 2/9/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.7 | $339.50 | 50% | 0.4 | $194.00 | E-mails related to default and latest Internet theft. |
| 2/9/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 1.5 | $525.00 | 70% | 1.1 | $385.00 | Telephone conference with J. Dillinger at PBS re Arrington suit; prepare and file amended military affidavit. |
| 2/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 1.2 | $420.00 | 100% | 1.2 | $420.00 | Revise motion for default judgment. |
| 2/14/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.8 | $280.00 | 50% | 0.4 | $140.00 | Discuss public performance issue with S. Forman; revise motion for default judgment. |
| 2/17/2006 | 14737 | BOLEN, SARAH E. | L | $105.00 | 1 | $105.00 | 100% | 1.0 | $105.00 | Cross-reference defendants' records, per T. Zimmerman. |
| 2/17/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 6.1 | $2,135.00 | 100% | 6.1 | $2,135.00 | Research motion for default judgment; redraft motion for default judgment; research and review prior litigation against C. Arrington. |
| 3/6/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.7 | $339.50 | 100% | 0.7 | $339.50 | Review T. Zimmerman's draft of default motion. |
| 3/7/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 1.1 | $236.50 | 100% | 1.1 | $236.50 | Reviewed complaint, case law, and draft motion re default judgment. |
| 3/7/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.4 | $140.00 | 100% | 0.4 | $140.00 | Discuss research with B. King and provide background on case. |
| 3/11/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 3.2 | $688.00 | 100% | 3.2 | $688.00 | Research re: compilation infringement vs. single work infringement; Research re: factors for receiving maximum statutory damages. |
| 3/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.3 | $105.00 | 100% | 0.3 | $105.00 | Follow up on public performance issues; manage B. King research for motion for default. |
| 3/15/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 1 | $215.00 | 100% | 1.0 | $215.00 | Research re: copyright owner's election of statutory damages; Teleconference with T. Zimmerman. |
| 3/16/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 1.5 | $322.50 | 100% | 1.5 | $322.50 | Preparing memo re: statutory damages, compilations, willfulness, and attorneys fees. |
| 3/17/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 1.9 | $408.50 | 100% | 1.9 | $408.50 | Preparing memo re: attorneys' fees, injunctive relief, statutory damages, and separate works in copyright infringement matter. |
| 3/17/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.8 | $280.00 | 20% | 0.2 | $70.00 | Manage B. King research and work on motion for default; email discussion with A. Pierce re business opportunities; review eBay auctions. |
| 3/19/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 2.5 | $537.50 | 100% | 2.5 | $537.50 | Updating and revising motion for default judgment in copyright case. |
| 3/20/2006 | 14185 | KING, BRIAN R. | A | $215.00 | 2 | $430.00 | 100% | 2.0 | $430.00 | Updating and revising motion for default judgment, damages, and fees in copyright case. |
| 3/20/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.3 | $105.00 | 100% | 0.3 | $105.00 | Brief review of draft motion from B. King. |
| 4/11/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | Review changed order to show cause; review new order to show cause; phone call with T. Zimmerman. |
| 4/12/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.1 | $533.50 | 100% | 1.1 | $533.50 | Review and revise motionfor default judgment. |
| 4/12/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 5.5 | $1,925.00 | 100% | 5.5 | $1,925.00 | Draft Hampton declaration; revise motion for default judgment. |
| 4/13/2006 | 14737 | BOLEN, SARAH E. | L | $105.00 | 0.5 | $52.50 | 100% | 0.5 | $52.50 | Review and sign Declaration re eBay purchase, per T. Zimmerman. |
| 4/13/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 2.2 | $1,067.00 | 100% | 2.2 | $1,067.00 | Work on default motion and accompanying pleadings. |
| 4/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 1.5 | $525.00 | 100% | 1.5 | $525.00 | Draft/revise Hampton and Bolen decalarations; rewrite and revise motion for default judgment and discuss with A. Pierce. |
| 4/14/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 3 | $1,050.00 | 100% | 3.0 | $1,050.00 | Draft, research and revise Motion for Default Judgment; prepare exhibits to Motion for Default Judgment; telephone call to J. Hampton re declaration; final revisions on S. Bolen declaration; file motion for default judgment. |
| 4/19/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1.2 | $582.00 | 100% | 1.2 | $582.00 | Review and revise motion to vacate prepared by T. Zimmerman; phone call with T. Zimmerman re: same. |

**Professional Time**

| Date | Tkpr | TKPR Name | | Rate | Bs Hrs | Base Amt | % to ArrCs | Adj. Hrs. | Adj. Amt. | Narrative |
|------|------|-----------|---|------|--------|----------|------------|-----------|-----------|-----------|
| 4/19/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 3.5 | $1,225.00 | 50% | 1.8 | $630.00 | Review PBS Credit sequence, discuss with S. Forman and draft diagram and email regarding proposed sequence; draft and file errata on Motion for Default Judgment; draft, revise and file response to Order to Show Cause. |
| 5/3/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 | E-mails re: order to show cause; review same. |
| 7/12/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.7 | $339.50 | 100% | 0.7 | $339.50 | Review new matter against party we are suing; phone call with T. Zimmerman re: same. |
| 7/12/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 2.8 | $980.00 | 100% | 2.8 | $980.00 | Draft Supplemental memo supporting motion for default judgment regarding new evidence of fraud; review TV Quarterly article and draft letter to editor in response; email discussion with S. Forman and J. Hampton re TV Quarterly Article; exchange emails with S. Forman re evidence of new fraud. |
| 7/13/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 1 | $485.00 | 100% | 1.0 | $485.00 | Review and revise supplement briefing for recent activity of defendant; confer with T. Zimmerman re: same. |
| 7/13/2006 | 11289 | ZIMMERMAN, TOBIAS E. | C | $350.00 | 0.8 | $280.00 | 50% | 0.4 | $140.00 | Draft letter to T. Blackwell at Washington U. re Archives, and discuss with J. Hampton, S. Forman and J. Eisenstein; discuss TV Quarterly article with S. Forman; file supplemental memo supporting motion for default judgment regarding new evidence offraud. |
| 11/21/2006 | 7175 | PIERCE, ANTHONY T. | P | $485.00 | 0.5 | $242.50 | 100% | 0.5 | $242.50 | Review order by the court; e-mails with T. Zimmerman. |
| | | | | | 233.1 | $71,923.50 | | 226.8 | $69,677.50 | |

**Disbursements / Expenses**

| Disb ID | Date | TKPR Name | Client | Matter | Cost Code | Base Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 10945956 | 5/3/2005 | | 79994 | 110 | COURR | $12.06 | VENDOR: UNITED PARCEL SERVICE INVOICE#: 0000FE0914195 DATE: 5/7/2005 |
| 11054678 | 6/2/2005 | | 79994 | 110 | COURR | $16.13 | VENDOR: UNITED PARCEL SERVICE INVOICE#: 0000FE0914235 DATE: 6/4/2005 |
| 11124215 | 6/27/2005 | | 79994 | 110 | CLRWES | $181.04 | User: AXELROD,DAVID Date: 6/27/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11124949 | 6/29/2005 | | 79994 | 110 | CLRLXS | $78.49 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: DOCUMENT PRINTING; Quantity: 11.00 |
| 11124950 | 6/29/2005 | | 79994 | 110 | CLRLXS | $168.19 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 1.00 |
| 11124951 | 6/29/2005 | | 79994 | 110 | CLRLXS | $24.46 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.00 |
| 11124952 | 6/29/2005 | | 79994 | 110 | CLRLXS | $18.35 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC DOCUMENT LINKS; Quantity: 3.00 |
| 11124953 | 6/29/2005 | | 79994 | 110 | CLRLXS | $8.66 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 |
| 11124216 | 6/29/2005 | | 79994 | 110 | CLRWES | $92.19 | User: AXELROD,DAVID Date: 6/29/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11120081 | 6/30/2005 | INNISS, ELEANOR C. | 79994 | 110 | POSTGS | $3.13 | US Postage - Inniss, Eleanor, DC, 1 piece(s) |
| 11124217 | 6/30/2005 | | 79994 | 110 | CLRWES | $184.39 | User: AXELROD,DAVID Date: 6/30/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11124954 | 7/1/2005 | | 79994 | 110 | CLRLXS | $233.52 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 2.00 |
| 11124955 | 7/1/2005 | | 79994 | 110 | CLRLXS | $50.04 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 8.00 |
| 11124956 | 7/1/2005 | | 79994 | 110 | CLRLXS | $6.25 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.00 |
| 11124957 | 7/1/2005 | | 79994 | 110 | CLRLXS | $5.74 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC SEARCHES; Quantity: 1.00 |
| 11124958 | 7/1/2005 | | 79994 | 110 | CLRLXS | $22.15 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; Charge Type: LEGAL CITATION SERVICES; Quantity: 5.00 |
| 11145092 | 7/5/2005 | | 79994 | 110 | CLRLXS | $42.73 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 1.00 |
| 11145093 | 7/5/2005 | | 79994 | 110 | CLRLXS | $48.85 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 8.00 |
| 11145094 | 7/5/2005 | | 79994 | 110 | CLRLXS | $30.27 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; Charge Type: LEGAL CITATION SERVICES; Quantity: 7.00 |
| 11145095 | 7/6/2005 | | 79994 | 110 | CLRLXS | $117.02 | Service: LAW REVIEWS; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 1.00 |
| 11145096 | 7/6/2005 | | 79994 | 110 | CLRLXS | $1,115.26 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 12.00 |
| 11145097 | 7/6/2005 | | 79994 | 110 | CLRLXS | $128.21 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 21.00 |
| 11145098 | 7/6/2005 | | 79994 | 110 | CLRLXS | $18.32 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC DOCUMENT LINKS; Quantity: 3.00 |
| 11145099 | 7/6/2005 | | 79994 | 110 | CLRLXS | $27.99 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC SEARCHES; Quantity: 5.00 |
| 11145100 | 7/6/2005 | | 79994 | 110 | CLRLXS | $38.92 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; Charge Type: LEGAL CITATION SERVICES; Quantity: 9.00 |
| 11135455 | 7/6/2005 | INNISS, ELEANOR C. | 79994 | 110 | POSTGS | $1.29 | US Postage - Inniss, Eleanor, DC, 1 piece(s) |
| 11145101 | 7/7/2005 | | 79994 | 110 | CLRLXS | $327.63 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SEARCHES; Quantity: 3.00 |
| 11145102 | 7/7/2005 | | 79994 | 110 | CLRLXS | $103.79 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 17.00 |
| 11145103 | 7/7/2005 | | 79994 | 110 | CLRLXS | $12.21 | Service: LEXIS LEGAL SERVICES; Employee: BRYCE BITTNER; Charge Type: TOC DOCUMENT LINKS; Quantity: 2.00 |

**Disbursements / Expenses**

| Disb ID | Date | TKPR Name | Client | Matter | Cost Code | Base Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 11145104 | 7/7/2005 | | 79994 | 110 | CLRLXS | $34.60 | Service: SHEPARD'S SERVICE; Employee: BRYCE BITTNER; Charge Type: LEGAL CITATION SERVICES; Quantity: 8.00 |
| 11144465 | 7/9/2005 | | 79994 | 110 | CLRWES | $102.23 | User: AXELROD,DAVID Date: 7/9/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11171732 | 7/10/2005 | | 79994 | 110 | CLRWES | $218.53 | User: AXELROD,DAVID Date: 7/10/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11171733 | 7/13/2005 | | 79994 | 110 | CLRWES | $363.36 | User: AXELROD,DAVID Date: 7/13/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11171734 | 7/15/2005 | | 79994 | 110 | CLRWES | $107.84 | User: AXELROD,DAVID Date: 7/15/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11197409 | 7/19/2005 | | 79994 | 110 | CLRLXS | $119.18 | Service: FINANCIAL INFORMATION SERVICE; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 2.00 |
| 11197410 | 7/19/2005 | | 79994 | 110 | CLRLXS | $61.11 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 2.00 |
| 11197411 | 7/19/2005 | | 79994 | 110 | CLRLXS | $18.34 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.00 |
| 11197412 | 7/19/2005 | | 79994 | 110 | CLRLXS | $12.22 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: TOC DOCUMENT LINKS; Quantity: 2.00 |
| 11197413 | 7/19/2005 | | 79994 | 110 | CLRLXS | $37.01 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: DELAWARE SOS SEARCHES; Quantity: 1.00 |
| 11197414 | 7/19/2005 | | 79994 | 110 | CLRLXS | $78.43 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT PRINTING; Quantity: 11.00 |
| 11197415 | 7/19/2005 | | 79994 | 110 | CLRLXS | $3,101.59 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 24.00 |
| 11196781 | 7/19/2005 | | 79994 | 110 | CLRWES | $239.27 | User: AXELROD,DAVID Date: 7/19/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11196783 | 7/19/2005 | | 79994 | 110 | CLRWES | $604.23 | User: ZIMMERMAN,TOBIAS E Date: 7/19/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11197416 | 7/20/2005 | | 79994 | 110 | CLRLXS | $7.13 | Service: COUNTRY INFORMATION SERVICE; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 |
| 11197417 | 7/20/2005 | | 79994 | 110 | CLRLXS | $174.18 | Service: COUNTRY INFORMATION SERVICE; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 3.00 |
| 11196782 | 7/20/2005 | | 79994 | 110 | CLRWES | $439.69 | User: AXELROD,DAVID Date: 7/20/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11197403 | 7/21/2005 | | 79994 | 110 | CLRLXS | $21.39 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: DOCUMENT PRINTING; Quantity: 3.00 |
| 11197404 | 7/21/2005 | | 79994 | 110 | CLRLXS | $1,949.57 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: SEARCHES; Quantity: 17.00 |
| 11197405 | 7/22/2005 | | 79994 | 110 | CLRLXS | $28.52 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: DOCUMENT PRINTING; Quantity: 4.00 |
| 11197406 | 7/22/2005 | | 79994 | 110 | CLRLXS | $2,010.67 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: SEARCHES; Quantity: 16.00 |
| 11197407 | 7/22/2005 | | 79994 | 110 | CLRLXS | $12.22 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 |
| 11197408 | 7/22/2005 | | 79994 | 110 | CLRLXS | $6.11 | Service: LEXIS LEGAL SERVICES; Employee: KELLY LOUD; Charge Type: TOC DOCUMENT LINKS; Quantity: 1.00 |
| 11227315 | 7/26/2005 | | 79994 | 110 | CLRWES | $11.55 | User: ZIMMERMAN,TOBIAS E Date: 7/26/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11227313 | 7/27/2005 | | 79994 | 110 | CLRWES | $468.31 | User: AXELROD,DAVID Date: 7/27/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11227316 | 7/27/2005 | | 79994 | 110 | CLRWES | $77.90 | User: ZIMMERMAN,TOBIAS E Date: 7/27/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11227314 | 7/28/2005 | | 79994 | 110 | CLRWES | $92.17 | User: AXELROD,DAVID Date: 7/28/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11396511 | 9/16/2005 | | 79994 | 110 | CLRWES | $200.47 | User: AXELROD,DAVID Date: 9/16/2005 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11492312 | 10/19/2005 | | 79994 | 110 | FILEF | $250.00 | VENDOR: CLERK, U.S. DISTRICT COURT; INVOICE#: 079994.0110-OCT05; DATE: 10/19/05 |
| 11546904 | 10/31/2005 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $5.34 | US Postage - Nemeh, Megan, DC, 1 piece(s) |

**Disbursements / Expenses**

| Disb ID | Date | TKPR Name | Client | Matter | Cost Code | Base Amt | Narrative |
|---------|------|-----------|--------|--------|-----------|----------|-----------|
| 11813861 | 11/4/2005 | | 79994 | 110 | PRFPS | $873.00 | research into Chad S Arlington, incl residence; investigate multiple Chad S Arlington |
| 11610234 | 11/15/2005 | BOLEN, SARAH E. | 79994 | 110 | CDEVGE | $131.00 | S. Bolen made purchase for att.; eBay |
| 11765596 | 11/17/2005 | | 79994 | 110 | PRFPS | $586.85 | VENDOR: CAPITOL PROCESS SERVICES INC; INVOICE#: 161359; DATE: 11/17/05 Chad S Arrington, dba Primarysource and or Prime Media |
| 11807267 | 1/6/2006 | | 79994 | 110 | CLRMI | $1.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: JAN06AK0004; DATE: 1/6/2006 |
| 11796558 | 1/20/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $0.87 | US Postage - Nemeh, Megan, DC, 1 piece(s) |
| 11804314 | 1/24/2006 | | 79994 | 110 | CLRLXS | $51.82 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT PRINTING; Quantity: 7.00 |
| 11804315 | 1/24/2006 | | 79994 | 110 | CLRLXS | $442.03 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 2.00 |
| 11829429 | 2/3/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $0.78 | US Postage - Nemeh, Megan, DC, 2 piece(s) |
| 11877358 | 2/17/2006 | | 79994 | 110 | CLRLXS | $14.26 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 |
| 11877359 | 2/17/2006 | | 79994 | 110 | CLRLXS | $570.67 | Service: LEXIS LEGAL SERVICES; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 4.00 |
| 11877360 | 2/17/2006 | | 79994 | 110 | CLRLXS | $666.23 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: DOCUMENT PRINTING; Quantity: 90.00 |
| 11877361 | 2/17/2006 | | 79994 | 110 | CLRLXS | $884.07 | Service: LEXIS PUBLIC RECORDS; Employee: TOBIAS E ZIMMERMAN; Charge Type: SEARCHES; Quantity: 4.00 |
| 11964548 | 3/12/2006 | | 79994 | 110 | CLRWES | $171.10 | User: KING,BRIAN Date: 3/12/2006 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11964549 | 3/13/2006 | | 79994 | 110 | CLRWES | $198.37 | User: KING,BRIAN Date: 3/13/2006 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 11965154 | 3/16/2006 | | 79994 | 110 | CLRLXS | $365.10 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SEARCHES; Quantity: 4.00 |
| 11965155 | 3/16/2006 | | 79994 | 110 | CLRLXS | $24.48 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.00 |
| 11965156 | 3/17/2006 | | 79994 | 110 | CLRLXS | $118.30 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SEARCHES; Quantity: 1.00 |
| 11965157 | 3/17/2006 | | 79994 | 110 | CLRLXS | $6.12 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 |
| 11999058 | 3/20/2006 | | 79994 | 110 | CLRLXS | $118.37 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SEARCHES; Quantity: 1.00 |
| 11999059 | 3/20/2006 | | 79994 | 110 | CLRLXS | $55.11 | Service: LEXIS LEGAL SERVICES; Employee: BRIAN KING; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 9.00 |
| 11988413 | 3/20/2006 | | 79994 | 110 | CLRWES | $44.88 | User: KING,BRIAN Date: 3/20/2006 AcctNumber: 1000532285 ConnectTime: 0:00:00 |
| 12065098 | 4/14/2006 | NEMEH, MEGAN L. | 79994 | 110 | POSTGS | $4.05 | US Postage - Nemeh, Megan, DC, 1 piece(s) |
| 12370647 | 7/10/2006 | | 79994 | 110 | CLRLXS | $9.00 | Service: LEXIS PUBLIC RECORDS; Employee: ZIMMERMAN TOBIAS E; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 |
| 12370648 | 7/10/2006 | | 79994 | 110 | CLRLXS | $294.00 | Service: LEXIS PUBLIC RECORDS; Employee: ZIMMERMAN TOBIAS E; Charge Type: SEARCHES; Quantity: 2.0 |
| | | | | | | $19,601.94 | |

# EXHIBIT 3



## BIOGRAPHY

**DAVID L. AXELROD**, Associate
daxelrod@akingump.com

**Washington, D.C.**    T: 202.887.4177
F: 202.887.4288

**Practice Areas:**  **Litigation**
**Antitrust**



David L. Axelrod's practice focuses on antitrust matters and civil lawsuits involving complex issues of federal practice and procedure.

In antitrust matters, Mr. Axelrod assists clients in litigating civil and criminal antitrust cases; evaluating the antitrust risks associated with potential acquisitions and procuring agency approval of these transactions; and assisting clients under investigation by criminal antitrust enforcement officials. He has represented clients in both federal and state courts, as well as before the Department of Justice and the Federal Trade Commission. His experience includes a case involving a host of antitrust claims against a major oil and gas company; a case involving monopolization claims against a hospital, the defense of an electronics manufacturer in the DOJ's investigation of cartel activity in the semiconductor industry, the defense of a client in a substantial non-public FTC investigation, the defense of a pharmaceutical company in a "Hatch-Waxman" suit, counseling a client in a multibillion-dollar "going private" transaction and assisting a client in the development of claims under the Robinson-Patman Act. Mr. Axelrod has also published in the field, co-authoring "Failing to Plead Relevant Market: Grounds for Dismissal," *Antitrust Litigator*, Issue No. 36, Winter 2006.

Mr. Axelrod also represents clients in need of general litigation assistance. He has worked with clients to handle a wide range of legal needs, with particular experience in contract and employment matters. Mr. Axelrod is also presently representing Steven Dewitt in *Dewitt v. District of Columbia*, a suit seeking damages for the more than 13 years during which Mr. Dewitt was wrongly incarcerated.

Before joining Akin Gump, Mr. Axelrod clerked from 2003 to 2004 for the Honorable R. Barclay Surrick, U.S. District Court for the Eastern District of Pennsylvania. Previously, Mr. Axelrod was an intern at the Department of Justice, Antitrust Division in Washington, D.C., and at the U.S. Attorney's Office in Boston, Massachusetts.

Mr. Axelrod received his B.A. in economics and political science from Haverford College in 1999 and his J.D. in 2003 from Harvard Law School. Before attending law school, he was a consultant for PricewaterhouseCoopers.

Mr. Axelrod is a member of the New York and District of Columbia Bars.

© 2007 Akin Gump Strauss Hauer & Feld LLP



## BIOGRAPHY

**KAROL A. KEPCHAR**, Partner
kkepchar@akingump.com

**Washington, D.C.**    T: 202.887.4104
F: 202.887.4288

**Practice Areas:**  **IP Litigation**
**Intellectual Property**
**IP Audits and Transactional Practice**
**IP Procurement**



Karol A. Kepchar heads Akin Gump's trademark, copyright and Internet (TCI) practice. Her experience includes litigation, counseling and transactional matters in the fields of trademarks, copyrights, unfair competition and the Internet, with a particular focus on privacy and data protection.

Ms. Kepchar focuses on providing clients a unique process-based approach to managing and leveraging intellectual property, and advises clients on a wide variety of issues, including global and regional branding programs, licensing and strategic alliance agreements, litigation, Trademark Trial and Appeal Board proceedings, domain name disputes, the Anti-Cybersquatting Consumer Protection Act, ICANN arbitration procedures, and privacy and data security issues.

Ms. Kepchar represented the opposer, a major securities market, in the first opposition sustained by the Trademark Trial and Appeal Board on the ground of federal trademark dilution since dilution became a ground for opposition in 1999 (*The Nasdaq Stock Market, Inc. v. Antartica Srl*). She has filed dozens of ICANN UDRP cases.

Ms. Kepchar is the former chair of the Trademark, Copyright and Unfair Competition Committee of the Philadelphia Intellectual Property Law Association. An authority on intellectual property and the Internet, she has written and lectured extensively on the subject, including on trademarks and the Internet before the Licensing Executives Society. Ms. Kepchar is a long-time co-planner for the ALI-ABA's perennial program, "Trademarks, Copyrights and Unfair Competition for the General Practitioner," and was co-planner and presenter at Akin Gump's First Executive Women's Symposium on Privacy and Security (October 2003). Prior to joining Akin Gump, Ms. Kepchar was a partner at Panitch Schwarze Jacobs & Nadel, P.C., where she headed the firm's Internet and computer group.

Ms. Kepchar received her B.A. with honors from Bryn Mawr College in 1984 and her J.D. with honors from the Temple University School of Law in 1992. She is a member of the American and Virginia Bar Associations, the American Intellectual Property Law Association and the International Trademark Association. Ms. Kepchar is a member of the District of Columbia, Virginia and Pennsylvania Bars.

**Written Works**
"Next Generation Domain Name Strategies: .com, .name, .biz, .info... Dot What?," *The Metropolitan Corporate Counsel*, February 2002

© 2007 Akin Gump Strauss Hauer & Feld LLP



## BIOGRAPHY

**ANTHONY T. PIERCE**, Partner
apierce@akingump.com



**Washington, D.C.**   T: 202.887.4411
                       F: 202.887.4288

**Practice Area:** **Litigation**

Anthony T. Pierce is a litigator who has handled a variety of complex disputes in state and federal courts, including commercial litigation, trade secrets, trademark, copyright, software licensing and employment matters. He is the co-head of the firm's trademark, copyright and internet litigation committee.

Mr. Pierce's litigation and trial experience covers a diverse group of industries, including technology and telecommunications, health care, energy, entertainment and media, and financial services. He has tried several cases ranging from Internet liability and breach of contract to employee classification and executive compensation. Mr. Pierce's jury trial work includes—

- a $26 million breach of contract, trade secrets trial
- a $15 million breach of contract and breach of fiduciary duty action
- a fraud and breach of contract action involving a gas supply contract.

As an outgrowth of his service as an investigator for the U.S. Government Accountability Office during law school, Mr. Pierce also has significant experience in internal investigations. He has conducted internal investigations to determine possible civil and criminal liability for clients for accounting fraud, employee misconduct and theft of intellectual property.

Mr. Pierce is a frequent speaker on litigation topics ranging from developments in software licensing litigation to discovery tactics in modern technology-related litigation.

Mr. Pierce received his B.S. in 1983 from George Mason University and his J.D. in 1987 from the Georgetown University Law Center, where he served as the case and notes editor of the *Georgetown Immigration Law Journal.* He is a member of the Virginia and District of Columbia Bars and has been admitted to practice before the U.S. Supreme Court and numerous federal courts throughout the United States.

Mr. Pierce has taken an active role in addressing legal, business and cultural issues facing the greater Washington, D.C., community. He serves as the president of the board of trustees of the Legal Aid Society of the District of Columbia and on the U.S. District Court for the District of Columbia's Advisory Committee on Pro Se Litigation. He is a member of the board of directors of the Greater Washington Board of Trade as well as the Cultural Alliance of Greater Washington, a member of the Leadership Washington Class of 2002 and a member of the Diversity Advisory Board of George Mason University. He also serves on Akin Gump's diversity committee.

In 2006 Mr. Pierce was named by *Virginia Business* magazine to its "Legal Elite," an annual list of top lawyers in a variety of specialties as voted on by their peers.   Mr. Pierce was recognized for his work in the area of civil litigation.

© 2007 Akin Gump Strauss Hauer & Feld LLP

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

## BIOGRAPHY

**TOBIAS E. ZIMMERMAN**, Counsel
tzimmerman@akingump.com

**Washington, D.C.**    T: 202.887.4410
F: 202.955.7789



**Practice Area:  Litigation**

Tobias E. Zimmerman litigates complex civil disputes with an emphasis on patent litigation and telecommunications issues. Recent and current cases include matters before various district courts as well as investigations instituted by the U.S. International Trade Commission under section 337 of the Tariff Act. The technologies involved have included semiconductor light emitting diodes, fiber optic networking and computer peripheral (KVM) switches.

Mr. Zimmerman brings to his legal practice a background in computing and a strong interest in technology, which allow him to counsel clients and other attorneys on such issues as the recent changes to the Federal Rules of Civil Procedure and how to create effective document retention policies tailored to individual organizations.

Prior to joining Akin Gump, Mr. Zimmerman was an intern in the chambers of the Honorable Paul L. Friedman, U.S. District Court for the District of Columbia. In 1993 Mr. Zimmerman interned with the Democratic Policy Committee in the U.S. Senate.

Mr. Zimmerman received his B.A. in creative writing from the University of Michigan at Ann Arbor in 1996 and his J.D. cum laude in 2000 from the Georgetown University Law Center, where he was a member of the *American Criminal Law Review.* He is a member of the Massachusetts, New York and District of Columbia Bars and is admitted to practice before the U.S. District Courts for the District of Columbia, Massachusetts and Maryland.

Mr. Zimmerman is a co-author of "The Brave New World of Removal Practice Under the Class Action Fairness Act," Vol. 12, No. 3 *Andrews Class Action Litg. Rep.* 18 (2005)

**Written Works**
"The Brave New World of Removal Practice Under the Class Action Fairness Act," *Andrews Class Action Litigation Reporter*, April 2005

© 2007 Akin Gump Strauss Hauer & Feld LLP

# EXHIBIT 4

# THE NATIONAL LAW JOURNAL

Select **'Print'** in your browser menu to print this document.

**©2007 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

## Firm-by-firm sampling of billing rates nationwide

December 11, 2006

**The National Law Journal** *asked the respondents to its 2006 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information–including some firms that are not in the NLJ 250–are listed below in alphabetical order. We also asked firms to provide average and median billing rates; several firms provided this information as well. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

ABC DEF GHI JKL MNO PQR STU VW

ABC

Adams and Reese (301)
(New Orleans)
Partners $215-$470 (average $287) (median $270)
Associates $165-$250 (average $191) (median $190)
Firmwide (average $267) (median $235)

**Andrews Kurth (404)**
(Houston)
Partners $380-$745
Associates $180-$400 **Arent Fox (288)**
(Washington)
Partners $375-$610
Associates $215-$405

**Armstrong Teasdale (266)**
(St. Louis)
Partners $255-$425 (average $347) (median $342)
Associates $135-$275 (average $227) (median $225)
Firmwide (average $278) (median $270)

**Baker, Donelson, Bearman, Caldwell & Berkowitz (454)**
(Memphis, Tenn.)
Partners $220-$500
Associates $135-$310

**Ballard Spahr Andrews & Ingersoll (486)**
(Philadelphia)
Partners $320-$680
Associates $190-$390

**Barnes & Thornburg (421)**
(Indianapolis)
Partners $245-$455 (average $333)

Associates $170-$285 (average $212)
Firmwide (average $260)

**Bass, Berry & Sims (214)**
(Nashville, Tenn.)
Partners $230-$495
Associates $150-$245

**Bell, Boyd & Lloyd (256)**
(Chicago)
Partners $310-$690
Associates $215-$300

**Best Best & Krieger (196)**
(Riverside, Calif.)
Partners $275-$450 (median $375)
Associates $145-$335 (average $186) (median $225)
Firmwide (average $211) (median $240)

**Blackwell Sanders Peper Martin (310)**
(Kansas City, Mo.)
Partners $265-$395 (average $302) (median $320)
Associates $155-$255 (average $200) (median $195)
Firmwide (average $241) (median $270)

**Blank Rome (460)**
(Philadelphia)
Partners $325-$735
Associates $220-$495

**Bond, Schoeneck & King (160)**
(Syracuse, N.Y.)
Partners $200-$425 (average $252)(median $285)
Associates $140-$305 (average $177) (median $175)
Firmwide (average $231) (median $275)

**Briggs and Morgan (165)**
(Minneapolis)
Partners $250-475 (average $357) (median $360)
Associates $185-$275 (average $214) (median $205)
Firmwide (average $319) (median $325)

**Brinks Hofer Gilson & Lione (151)**
(Chicago)
Partners $275-$625 (average $465)(median $460)
Associates $200-$390 (average $280) (median$285 )
Firmwide (average $381) (median $390)

**Broad and Cassell (173)**
(Orlando, Fla.)
Partners $235-$425 (average $339)(median $325)
Associates $155-$295 (average $217) (median $210)
Firmwide (average $272) (median $265)

**Brown Raysman Millstein Felder & Steiner (246)**
(New York)
Partners $450-$740 (average $495) (median $550)
Associates $250-$400 (average $325) (median $370)
Firmwide (average $385) (median $465)

**Brown Rudnick Berlack Israels (208)**
(Boston)
Partners $505-$870
Associates $275-$495

---

**The numbers**
Nationwide sampler
Associate class rates
Alternative methods

---

**Bryan Cave (763)**
(St. Louis)
Partners $315-$665 (average $476)
Associates $150-$460 (average $289)
Firmwide (average $331)

**Buchalter Nemer (139)**
(Los Angeles)
Partners $325-$550 (average $432) (median $445)
Associates $215-$450 (average $256) (median $275)
Firmwide (average $344) (median $350)

**Buchanan Ingersoll & Rooney (573)**
(Pittsburgh)
Partners $210-$750
Associates $140-$375

**Buckingham, Doolittle & Burroughs (171)**
(Akron, Ohio)
Partners $230-$425 (average $296) (median $295)
Associates $185-$290 (average $220) (median $215)
Firmwide (average $240) (median $240)

**Bullivant Houser Bailey (191)**
(Portland, Ore.)
Partners $225-$450 (average $288)(median $285)
Associates $175-$300 (average $204) (median $195)
Firmwide (average $254) (median $230)

**Burr & Forman (188)**
(Birmingham, Ala.)
Partners $250-$400 (average $324) (median $325)
Associates $160-$315 (average $218) (median $215)
Firmwide (average $234) (median $245)

**Butzel Long (217)**
(Detroit)
Partners $220-$490 (average $290)
Associates $165-$270 (average $202)
Firmwide (average $243)

**Carlton Fields (242)**
(Tampa, Fla.)
Partners $285-$545 (average $383) (median $390)
Associates $190-$375 (average $233) (median $233)
Firmwide (average $293) (median $290)

**Cooley Godward Kronish (541)**
(Palo Alto, Calif.)
Partners $425-$795 (average $539)
Associates $240-$585 (average $371)
Firmwide (average $431)

**Covington & Burling (645)**
(Washington)
Partners $470-$760
Associates $210-$490

**Cozen O'Connor (501)**
(Philadelphia)
Partners $185-$750 (average $325) (median $310)
Associates $130-$495 (average $218) (median $210)
Firmwide (average $245) (median $235)

**Curtis, Mallet-Prevost, Colt & Mosle (196)**
(New York)
Partners $570-$700 (average $625) (median $652)
Associates $250-$510 (average $390) (median $380)
Firmwide (average $508) (median $465)

DEF

Davis Wright Tremaine (405)
(Seattle)
Partners $285-$655 (average $399.34)
(median $395)
Associates $140-$370 (average $251.72) (median $250)
Firmwide (average $350.51) (median $350)

**Day, Berry & Howard (251)**
(Hartford, Conn.)
Partners $335-$620
Associates $200-$440

**Dickinson Wright (226)**
(Detroit)
Partners $250-$520
Associates $155-$260

**Dickstein Shapiro (360)**
(Washington)
Partners $400-$700 (average $530) (median $535)
Associates $210-$415 (average $315) (median $340)
Firmwide (average $300) (median $300)

**Dinsmore & Shohl (306)**
(Cincinnati)
Partners $220-$440 (average $323) (median $320)
Associates $145-$240 (average $185) (median $180)
Firmwide (average $252) (median $233)

**Dorsey & Whitney (600)**
(Minneapolis)
Partners $300-$650 (average $431)
Associates $180-$430 (average $273)
Firmwide (average $360)

**Duane Morris (581)**
(Philadelphia)
Partners $300-$705 (average $436) (median $435)
Associates $200-$425 (average $283) (median $279)
Firmwide (average $379) (median $374)

**Dykema Gossett (341)**
(Detroit)
Partners $235-$580
Associates $170-$330

**Eckert Seamans Cherin & Mellott (227)**
(Pittsburgh)
Partners $195-$525 (average $343) (median $340)
Associates $145-$250 (average $190) (median $190)
Firmwide (average $287)

**Edwards Angell Palmer & Dodge (516)**
(Boston)
Partners $300-$675

Associates $150-$440
Firmwide (average $466)

**Epstein Becker & Green (378)**
(New York)
Partners $300-$650 (average $468.29)
Associates $160-$395 (average $270.32) (median $260)
Firmwide (average $346.34)

**Fenwick & West (234)**
(Mountain View, Calif.)
Partners $465-$750 (average $570) (median $575)
Associates $245-$475 (average $355) (median $395)
Firmwide (average $430) (median $450)

**Fisher & Phillips (187)**
(Atlanta)
Partners $300-$440
Associates $175-$320

**Foley & Lardner (981)**
(Milwaukee)
Partners (average $517) (median $513)
Associates (average $356) (median $360)
Firmwide $240-$810 (average $446) (median $440)

**Ford & Harrison (171)**
(Atlanta)
Partners $290-$445
Associates $210-$370

**Fowler White Boggs Banker (227)**
(Tampa, Fla.)
Partners $280-$500 (average $350) (median $335)
Associates $190-$275 (average $225) (median $220)
Firmwide (average $315) (median $315)

**Fox Rothschild (381)**
(Philadelphia)
Partners $265-$525
Associates $195-$335

**Fredrikson & Byron (209) (Minneapolis)**
Partners $250-$525
Associates $175-$275

**Frost Brown Todd (376) (Cincinnati)**
Partners $205-$435 (average $287) (median $280)
Associates $140-$280 (average $181) (median $180)
Firmwide (average $220) (median $240)

GHI

Gardere Wynne Sewell (282)
(Dallas)
Partners $345-$665 (average $446) (median $450)
Associates $205-$400 (average $273) (median $270)
Firmwide (average $381) (median $345)

**Gardner Carton & Douglas (195)**
(Chicago)
Partners $275-$650 (average $433) (median $425)
Associates $200-$350 (average $278) (median $250)
Firmwide (average $376) (median $395)

**Gordon & Rees (309)**
(San Francisco)
Partners $325-$450
Associates $200-$325

**GrayRobinson (190)**
(Orlando, Fla.)
Partners $200-$500
Associates $140-$200

**Greenberg Traurig (1,667) (Miami)**
Partners $270-$850 (average $460) (median $475)
Associates $160-$450 (average $289) (median $290)
Firmwide (average $381) (median $395)

**Harris Beach (182) (Rochester, N.Y.)**
Partners $250-$425
Associates $140-$275

**Hiscock & Barclay (160) (Syracuse, N.Y.)**
Partners $220-$375 (average $269) (median $250)
Associates $160-$250 (average $183) (median $180)
Firmwide (average $243) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $220-$625 (average $310) (median $315)
Associates $150-$300 (average $201) (median $195)
Firmwide (average $272) (median $275)

**Hogan & Hartson (1,043)**
(Washington)
Partners $300-$775 (average $550) (median $550)
Associates $150-$485 (average $350) (median $350)
Firmwide (average $450) (median $475)

**Holland & Knight (1,102)**
(New York)
Partners $250-$710 (average $396) (median $390)
Associates $165-$400 (average $232) (median $225)
Firmwide (average $344) (median $350)

**Holme Roberts & Owen (206)**
(Denver)
Partners $260-$575
Associates $185-$390

**Howard Rice Nemerovski Canady, Falk & Rabkin (102)**
(San Francisco)
Partners $440-$750
Associates $250-$420

**Husch & Eppenberger (331)**
(St. Louis)
Partners $200-$410 (average $285.35) (median $275)
Associates $130-$250 (average $170.27) (median $165)
Firmwide (average $235.18) (median $230)

**Ice Miller (249)**
(Indianapolis)
Partners $275-$425 (average $352) (median $345)
Associates $185-$310 (average $218) (median $220)
Firmwide (average $293) (median $220)

JKL

Jackson Lewis (375)
(White Plains, N.Y.)
Partners $290-$525
Associates $190-$395

**Jenkens & Gilchrist (268) (Dallas)**
Partners $340-$610 (average $420)
Associates $220-$390 (average $270)

**Jenner & Block (467) (Chicago)**
Partners $410-$800 (average $513) (median $495)
Associates $230-$395 (average $292) (median $285)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (208) (New Orleans)**
Partners $200-$425
Associates $135-$210

Kelley Drye & Warren (375) (New York)
Partners $375-$750
Associates $230-$475

**Knobbe Martens, Olson & Bear (193)**
(Irvine, Calif.)
Partners $335-$625
Associates $205-$340

**Lane Powell (167) (Seattle)**
Partners $275-$490 (average $328) (median $330)
Associates $205-$295 (average $236) (median $237)
Firmwide (average $273) (median $270)

**Lathrop & Gage (264)**
(Kansas City, Mo.)
Partners $220-$375
Associates $140-$220

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $225-$410
Associates $135-$290

**Littler Mendelson (527)**
(San Francisco)
Partners $205-$605
Associates $160-$400

**Locke Liddell & Sapp (370)**
(Houston)
Partners $360-$850 (average $471) (median $460)
Associates $190-$390 (average $244) (median $260)
Firmwide (average $373) (median $410)

**Loeb & Loeb (240)**
(Los Angeles)
Partners $425-$825
Associates $215-$475

**Lord, Bissell & Brook (328)**
(Chicago)
Partners $305-$665 (average $448) (median $450)
Associates $200-$375 (average $272) (median $260)

Firmwide (average $368) (median $355)

**Lowenstein Sandler (250)**
(Roseland, N.J.)
Partners $335-$645
Associates $185-$375

**Luce, Forward, Hamilton & Scripps (178)**
(San Diego)
Partners $320-$725 (average $440)
Associates $205-$425 (average $265)

MNO

Manatt, Phelps & Phillips (299)
(Los Angeles)
Partners $460-$750 (average $574) (median $560)
Associates $250-$460 (average $359) (median $360)
Firmwide (average $490) (median $520)

**Marshall, Dennehey, Warner, Coleman & Goggin (368)**
(Philadelphia)
Partners $145-$350
Associates $130-$275

**McAndrews, Held & Malloy (89)**
(Chicago)
Partners $260-$600
Associates $195-$240

**McCarter & English (407)**
(Newark, N.J.)
Partners $310-$625
Associates $190-$330

**McElroy, Deutsch, Mulvaney & Carpenter (230)**
(Morristown, N.J.)
Partners $225-$450 (average $250) (median $235)
Associates $135-$295 (average $180) (median $165)
Firmwide (average $195) (median $200)

**McKee Nelson (172)**
(Washington)
Partners $595-$875 (average $725) (median $720)
Associates $355-$575 (average $436) (median $430)

**McKenna Long & Aldridge (400)**
(Atlanta)
Partners $330-$700
Associates $175-$410

**Michael Best & Friedrich (255)**
(Milwaukee)
Partners $245-$530 (average $341) (median $335)
Associates $175-$325 (average $225) (median $225)
Firmwide (average $305) (median $300)

**Miles & Stockbridge (210)**
(Baltimore)
Partners $300-$475
Associates $200-$375

**Miller, Canfield, Paddock and Stone (355)**
(Detroit)

Partners $245-$540 (average $398) (median $405)
Associates $150-$300 (average $215) (median $210)
Firmwide (average $305) (median $310)

**Miller & Martin (175)**
(Chattanooga, Tenn.)
Partners $210-$430 (average $313) (median $320)
Associates $140-$280 (average $185) (median $180)
Firmwide (average $281) (median $300)

**Montgomery, McCracken, Walker & Rhoads (133)**
(Philadelphia)
Partners $300-$550 (average $402)
Associates $195-$315 (average $248)
Firmwide (average $338)

**Morgan, Lewis & Bockius (1,315)**
(Philadelphia)
Partners $375-$800
Associates $200-$550

**Morris, Manning & Martin (174)**
(Atlanta)
Partners $320-$530 (average $412) (median $403)
Associates $170-$390 (average $246) (median $290)
Firmwide (average $322) (median $350)

**Neal, Gerber & Eisenberg (170)**
(Chicago)
Partners $350-$695 (average $463) (median $450)
Associates $230-$400 (average $300) (median $300)
Firmwide (average $413) (median $400)

**Nelson Mullins Riley & Scarborough (379)**
(Columbia, S.C.)
Partners $215-$600
Associates $175-$300

**Ogletree, Deakins, Nash, Smoak & Stewart (331)**
(Greenville, S.C.)
Partners $250-$550 (average $328)
Associates $165-$330 (average $234)
Firmwide (average $289)

PQR

Patton Boggs (431)
(Washington)
Partners $295-$850 (average $480) (median $570)
Associates $170-$405 (average $305) (median $325)
Firmwide (average $403) (median $510)

**Pepper Hamilton (445)**
(Philadelphia)
Partners $305-$695
Associates $190-$385

**Perkins Coie (576)**
(Seattle)
Partners $175-$650
Associates $130-$480

**Phelps Dunbar (260)**
(New Orleans)

Partners $175-$400 (average $224) (median $323)
Associates $125-$190 (average $165) (median $158)
Firmwide (average $191) (median $263)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $225-$410 (average $298) (median $290)
Associates $130-$285 (average $197) (median $185)
Firmwide (average $251) (median $260)

**Pitney Hardin (170)**
(Florham Park, N.J.)
Partners $365-$625 (average $447) (median $445)
Associates $210-$360 (average $269) (median $270)
Firmwide (average $353) (median $355)

**Polsinelli Shalton Welte Suelthaus (276)**
(Kansas City, Mo.)
Partners $225-$575
Associates $160-$225

**Powell Goldstein (282)**
(Atlanta)
Partners $300-$575 (average $435.10) (median $435)
Associates $150-$360 (average $254.44) (median $245)
Firmwide (average $357.88) (median $360)

**Preston Gates & Ellis (419)**
(Seattle)
Partners $190-$635 (average $399.41) (median $395)
Associates $100-$385 (average $236.39) (median $230)
Firmwide (average $329) (median $325)

**Quarles & Brady (442)**
(Milwaukee)
Partners $240-$550 (average $360) (median $310)
Associates $185-$310 (average $228) (median $225)
Firmwide (average $306) (median $285)

**Reed Smith (1,038)**
(Pittsburgh)
Partners $305-$725 (average $492) (median $480)
Associates $170-$630 (average $309) (median $295)
Firmwide (average $322) (median $310)

**Robinson & Cole (217)**
(Hartford, Conn.)
Partners $270-$550 (average $400) (median $400)
Associates $175-$400 (average $235) (median $240)
Firmwide (average $316) (median $320)

**Roetzel & Andress (208)**
(Akron, Ohio)
Partners $200-$425 (average $255) (median $275)
Associates $150-$275 (average $180) (median $190)
Firmwide (average $225) (median $235)

**Rutan & Tucker (140)**
(Costa Mesa, Calif.)
Partners $310-$515
Associates $200-$335

STU

Saul Ewing (238)
(Philadelphia)
Partners $290-$700 (average $402) (median $395)
Associates $185-$440 (average $258) (median $235)
Firmwide (average $336) (median $345)

**Schnader Harrison Segal & Lewis (174)**
(Philadelphia)
Partners $305-$650
Associates $155-$295

**Schulte Roth & Zabel (449)**
(New York)
Partners $580-$800 (average $672) (median $675)
Associates $225-$550 (average $410) (median $393)

**Seward & Kissell (142)**
(New York)
Partners $460-$695 (average $589) (median $590)
Associates $190-$460 (average $300) (median $290)

**Sheppard, Mullin, Richter & Hampton (424)**
(Los Angeles)
Partners $415-$650 (average $504)(median $495)
Associates 250-410 (average $342) (median $330)
Firmwide (average $419) (median $420)

**Shook, Hardy & Bacon (476)**
(Kansas City, Mo.)
Partners $240-$720 (average $374) (median $358)
Associates $190-$405 (average $238) (median $225)
Firmwide (average $291) (median $250)

**Shughart Thomson & Kilroy (170)**
(Kansas City, Mo.)
Partners $210-$410
Associates $165-$225

**Shumaker, Loop & Kendrick (162)**
(Toledo, Ohio)
Partners $185-$450 (average $290) (median $290)
Associates $165-$345 (average $205) (median $200)
Firmwide (average $270)

**Sills Cummis Epstein & Gross (180)**
(Newark, N.J.)
Partners $300-$595
Associates $185-$360

**Smith, Gambrell & Russell (191)**
(Atlanta)
Partners $275-$550
Associates $150-$330

**Snell & Wilmer (448)**
(Phoenix)
Partners $265-$625 (average $356)
Associates $160-$360 (average $205)
Firmwide (average $277)

**Steptoe & Johnson PLLC (168)**
(Clarksburg, W.Va.)
Partners $220-$300
Associates $165-220

**Stinson Morrison Hecker (313)**
(Kansas City, Mo.)
Partners $230-$495 (average $310) (median $310)
Associates $155-$230 (average $185) (median $180)
Firmwide (average $274) (median $280)

**Stoel Rives (345)**
(Portland, Ore.)
Partners $270-$475 (average $361) (median $360)
Associates $160-$400 (average $242) (median $230)
Firmwide (average $309) (median $320)

**Strasburger & Price (182)**
(Dallas)
Partners $295-$525
Associates $195-$310

**Sullivan & Worcester (192)**
(Boston)
Partners $400-$650
Associates $220-$450

**Sutherland Asbill & Brennan (477)**
(Atlanta)
Partners $350-$845 (average $477) (median $475)
Associates $200-$530 (average $270) (median $265)
Firmwide (average $373) (median $375)

**Thacher Proffitt & Wood (313)**
(New York)
Partners $525-$775 (average $603) (median $575)
Associates $265-$485 (average $372) (median $355)
Firmwide (average $430) (median $420)

**Thompson Coburn (279)**
(St. Louis)
Partners $255-$525 (average $346) (median $345)
Associates $150-$345 (average $208) (median $215)
Firmwide (average $252) (median $255)

**Thompson & Knight (388)**
(Dallas)
Partners $330-$695 (average $428) (median $450)
Associates $190-$330 (average $265) (median $260)
Firmwide (average $360) (median $380)

**Ulmer & Berne (179)**
(Cleveland)
Partners $230-$430 (average $303)
Associates $150-$280 (average $202)
Firmwide (average $250)

VW

Vedder, Price, Kaufman & Kammholz (233)
(Chicago)
Partners $315-$560 (average $406) (median $400)
Associates $190-$410 (average $258) (median $255)
Firmwide (average $339) (median $340)

**Whiteford, Taylor & Preston (155)**
(Baltimore)
Partners $330-$480 (average $401) (median $400)

Associates $295-$345 (average $278) (median $295)
Firmwide (average $364) (median $370)

**Wiggin & Dana (144)**
(New Haven, Conn.)
Partners $276-$510
Associates $185-$355

**Wiley Rein & Fielding (268)**
(Washington)
Partners $375-$700 (average $475) (median $465)
Associates $225-$395 (average $300) (median $300)
Firmwide (average $395) (median $395)

**Williams Mullen (244)**
(Richmond, Va.)
Partners $225-$550
Associates $160-$290

**Winstead Sechrest & Minick (286)**
(Dallas)
Partners $325-$595
Associates $195-$370

**Winston & Strawn (879)**
(Chicago)
Partners $365-$800 (average $513.17) (median $510)
Associates $190-$605 (average $328.57) (median $325)
Firmwide (average $357.65) (median $360)

**Womble Carlyle Sandridge & Rice (520)**
(Winston-Salem, N.C.)
Partners $250-$550 (average $370) (median $400)
Associates $180-$340 (average $254) (median $250)
Firmwide (average $350) (median $350)

**Wyatt, Tarrant & Combs (224)**
(Louisville, Ky.)
Partners $225-$400 (average $322) (median $320)
Associates $170-$275 (average $207) (median $190)
Firmwide (average $285) (median $290)

# EXHIBIT 5

# AKIN GUMP STRAUSS HAUER & FELD LLP

Attorneys at Law

## AT A GLANCE

**Founded**
1945

**Offices**

| | |
|---|---|
| Austin, Texas | New York, New York |
| Beijing, China | Silicon Valley, California |
| Dallas, Texas | Philadelphia, Pennsylvania |
| Dubai, United Arab Emirates | San Antonio, Texas |
| Houston, Texas | San Francisco, California |
| London, United Kingdom | Taipei, Taiwan |
| Los Angeles, California | Washington, D.C. |
| Moscow, Russia | |

**Lawyers and Professionals**
900 worldwide

**Chairman**
R. Bruce McLean

**Senior Executive Partners**
Robert S. Strauss, Alan D. Feld, James C. Langdon Jr., Joel Jankowsky

**Ranking**
25th largest law firm in the United States (*The National Law Journal*, November 13, 2006)
Global 50 Law Firm (*Practical Law Company*, February 2006)

**Core Areas of Practice**

| | |
|---|---|
| American Indian Law & Policy | Insurance |
| Antitrust | Intellectual Property |
| Aviation | International Trade |
| Appellate | Investment Funds/Private Equity |
| Banking and Finance | Iraq Reconstruction |
| Class Action | Labor and Employment |
| Communications and Information Technology | Litigation |
| Corporate and Securities | Mergers & Acquisitions |
| Corporate Governance | Military Base Enhancement |
| Employee Benefits/Executive Compensation (ERISA) | Pipeline Projects |
| Energy (LNG, Oil, Gas, Hydro, Wind) | Project and Infrastructure Development |
| Energy Finance | Public Law and Policy |
| Entertainment and Media | Real Estate and Finance |
| Financial Restructuring | Russia/CIS |
| Global Projects | Securities Litigation |
| Global Security | Tax |
| Government Contracts | Transportation |
| Health Industry | White Collar Criminal Defense |

© 2007 Akin Gump Strauss Hauer & Feld LLP