# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACKSIDE, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2063 (RMC) |
| ) | |
| **CHAD S. ARRINGTON,** ) | |
| d/b/a PRIMARY SOURCE ) | |
| and/or PRIME MEDIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed an application for attorneys' fees on December 15, 2006 [Dkt. # 15] and a supplemental application for attorneys' fees on March 15, 2007 [Dkt. #18], pursuant to 17 U.S.C. § 505. The application and supplemental application seek attorneys' fees and costs totaling $89,279.44. Accordingly, it is hereby

**ORDERED** that, no later than May 21, 2007, Defendant shall **SHOW CAUSE** why Plaintiff's application for attorney fees [Dkt. ## 15 & 18] should not be granted. Failure to respond to this Order may result in entry of an order granting attorney fees and costs in favor of Plaintiff and against Defendant in the amount of $89,279.44.

**SO ORDERED**.

Date: May 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

Copies to:

Chad S. Arrington
d/b/a Primary Source and/or Prime Media
6938 Lockwood Street
Oakland, CA 94621

and

Chad S. Arrington
d/b/a Primary Source and/or Prime Media
2342 Shattuck Avenue #251
Berkeley, CA 94704