**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLACKSIDE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD S. ARRINGTON, d/b/a<br>PRIMARYSOURCE and/or<br>PRIME MEDIA<br><br>    Defendant. | Case No. 05-2063 |

### [PROPOSED] ORDER ON APPLICATION FOR ATTORNEYS' FEES

Having considered Plaintiff's December 15, 2006 Application for Attorneys' Fees [16], Plaintiff's March 15, 2007 Supplemental Application for Attorneys Fees' [18], and the declarations and other exhibits thereto, it is the determination of this Court that the fees and costs requested in Plaintiff's Application for Attorneys' Fees as supplemented are reasonable and are supported by adequate documentation. It is further found that, on May 7, 2007, this Court ordered Defendant Chad S. Arrington to show cause on or before May 21, 2007 why Plaintiff's fee application should not be granted [19] and that Defendant Arrington has not made any showing as to why Plaintiff's application should not be granted. It is therefore

    **ORDERED** this ___ day of _____, 2007 that Plaintiff's Supplemental Application for Attorneys' Fees in the amount of $89,279.44 be, and hereby is, **GRANTED**; and it is further

    **ORDERED** that the Clerk shall enter **JUDGMENT** against Defendant Chad. S. Arrington in the amount of $89,279.44, said judgment to be in addition and without prejudice to the Judgment granted by this Court's November 15, 2006 Order [15].

 

                                                        _____
                                                        Hon. Rosemary M. Collyer
                                                        United States District Court Judge

**CERTIFICATE OF MAILING AND SERVICE**

The undersigned hereby certifies that on June 1, 2007, he caused Plaintiff's Proposed Order

On Application for Attorneys' Fees to be served via first-class mail, postage prepaid on:

    Chad S. Arrington
    2342 Shattuck Avenue
    Berkeley CA, 94704

_____
Tobias E. Zimmerman