IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACKSIDE, INC.

    Plaintiff,

v.

CHAD S. ARRINGTON, d/b/a
PRIMARYSOURCE and/or
PRIME MEDIA

    Defendant.

Case No. 05-2063

### [PROPOSED] ORDER ON APPLICATION FOR ATTORNEYS' FEES

Having considered Plaintiff's December 15, 2006 Application for Attorneys' Fees [16], Plaintiff's March 15, 2007 Supplemental Application for Attorneys Fees' [18], and the declarations and other exhibits thereto, it is the determination of this Court that the fees and costs requested in Plaintiff's Application for Attorneys' Fees as supplemented are reasonable and are supported by adequate documentation. It is further found that, on May 7, 2007, this Court ordered Defendant Chad S. Arrington to show cause on or before May 21, 2007 why Plaintiff's fee application should not be granted [19] and that Defendant Arrington has not made any showing as to why Plaintiff's application should not be granted. It is therefore

**ORDERED** this 3 day of June, 2007 that Plaintiff's Supplemental Application for Attorneys' Fees in the amount of $89,279.44 be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the Clerk shall enter **JUDGMENT** against Defendant Chad. S. Arrington in the amount of $89,279.44, said judgment to be in addition and without prejudice to the Judgment granted by this Court's November 15, 2006 Order [15].

_____
Hon. Rosemary M. Collyer
United States District Court Judge