UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLACKSIDE, INC.,

            Plaintiff,

vs.

CHAD S. ARRINGRTON d/b/a
PRIMARYSOURCE and/or
PRIME MEDIA,

            Defendant.

Case No: 05-2063 RMC

## JUDGMENT

This cause having come before the Court on the Plaintiff's Application for Attorney's Fees and the Court having this day filed a final judgment,

It is ORDERED, ADJUDGED AND DECREED, that the plaintiff BLACKSIDE, INC., have and recover of and from the defendant CHAD S. ARRINGRTON d/b/a PRIMARYSOURCE and/or PRIME MEDIA, attorneys' fees in the amount of $89,279.44., in addition and without prejudice to the Judgment granted by this Court's order of November 15, 2006 [15].

Dated at Washington, District of Columbia, this 26 day of July, 2007.

NANCY MAYER-WHITTINGTON,
Clerk

By: _____
Deputy Clerk